2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-139 |
| JANIE COCKRELL, TDCJ-ID, Respondent. | § § § | |

TYPE OF CASE:        __x__ CIVIL        _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

   STATUS CONFERENCE

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TX

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 15, 2003 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 12, 2003

TO:     MR. JAMES WILLIAM MARCUS
        MR. BRYCE E. BENJET
        MS. KATHERINE D. HAYES