IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § § | |
| Petitioner | § § | CIVIL ACTION NO. |
| vs. | § § | B-03-139 |
| | § | |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division | § § § § § | |
| Respondent | § § | |

**UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL**

**THIS IS A DEATH PENALTY CASE.**

Bryce Benjet
TEXAS DEFENDER SERVICE
510 S. Congress
Suite307
Austin, Texas 78704
TEL: (713) 222-7788
FAX: (512) 477-2153

Jim Marcus
TEXAS DEFENDER SERVICE
412 Main Street
Suite 1150
Houston, Texas 77002
TEL (713) 222-7788
FAX (713) 222-0260

Counsel for Jose Alfredo Rivera

On August 6, 2003, the Fifth Circuit held that "[w]e believe that, by the standards set out in our previous opinion, [Mr. Rivera] has made a sufficient prima facie showing to be authorized to proceed in the district court on his claim of mental retardation" and stayed Mr. Rivera's execution. *In re Rivera*, No. 03-41069 (5th Cir. Aug. 6, 2003). The undersigned counsel jointly represented Mr. Rivera in the most recent proceedings, and were responsible for developing evidence of, and pleading, Mr. Rivera's mental retardation in the federal courts. Counsel have conferred with counsel for Respondent Cockrell and informed her that they will recruit new counsel for Mr. Rivera within thirty days of this motion or serve as Mr. Rivera's counsel in these proceedings. Respondent Cockrell has no objection.

Pursuant to 21 U.S.C. § 848(q)(4)(B) and *McFarland v. Scott*, 512 U.S. 849 (1994), Mr. Rivera is entitled to the appointment of counsel and to proceed *informa pauperis*.[1] In *McFarland*, the Court considered whether the right of state prisoners under sentence of death to appointed counsel "[i]n any post conviction proceeding" afforded by 21 U.S.C. § 848(q)(4)(B) allowed appointment prior to the filing of a habeas petition. The Court decided that it did:

> The language and purposes of § 848(q)(4)(B) and its related provisions establish that the right to appointed counsel includes a right to legal assistance in the preparation of a habeas corpus application. We therefore conclude that a 'post conviction proceeding' within the meaning of § 848(q)(4)(B) is commenced by the filing of a death row defendant's motion requesting the appointment of counsel for his federal habeas corpus proceeding.

*McFarland v. Scott*, 512 U.S. 849, 856-57 (1994). "[T]he right to counsel," the Court continued, "necessarily includes a right for that counsel meaningfully to research and present a defendant's claims." *Id.* at 858.

---

[1] Along with the instant motion, Mr. Rivera is filing a motion to proceed *in forma pauperis*.

ACCORDINGLY, Mr. Rivera respectfully requests that the Court appoint the undersigned counsel to represent Mr. Rivera pursuant to 21 U.S.C. § 848(q)(4)(B) with the understanding that new counsel will enter an appearance within thirty days.

Respectfully submitted,

By: /Jim Marcus

| | |
|---|---|
| Bryce Benjet | Jim Marcus |
| Texas Bar No. 24006829 | Texas Bar No. 00787963 |
| TEXAS DEFENDER SERVICE | TEXAS DEFENDER SERVICE |
| 510 S. Congress | 412 Main Street |
| Suite 307 | Suite 1150 |
| Austin, Texas 78704 | Houston, Texas 77002 |
| TEL: (713) 222-7788 | TEL (713) 222-7788 |
| FAX: (512) 477-2153 | FAX (713) 222-0260 |

Counsel for Jose Alfredo Rivera

### CERTIFICATE OF CONFERENCE

On August 11, 2003, I conferenced the foregoing with Assistant Attorney General Katherine Hayes who informed me that she did not oppose the relief sought in this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2003, a true and correct copy of the foregoing was served upon opposing counsel by Federal Express, overnight delivery, to:

Ms. Katherine Hayes
Assistant Attorney General
Office of the Attorney General
209 West 14th Street
Price Daniel Sr. Building

8th Floor
Austin, Texas  78701

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA<br><br>Petitioner<br><br>vs.<br><br>JANIE COCKRELL,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division<br><br>Respondent | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>_____ |

**ORDER**

Petitioner Rivera's Unopposed Motion for the Appointment of Counsel is GRANTED. Attorneys Jim Marcus and Bryce Benjet are hereby appointed as Mr. Rivera's interim counsel. Within 30 days, new counsel shall enter an appearance in this cause, or Mr. Marcus and Mr. Benjet will serve as Mr. Rivera's counsel.

Signed this ____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE