IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 1 3 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA<br><br>Petitioner<br><br>vs.<br><br>JANIE COCKRELL,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division<br><br>Respondent | § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>B-03-139 |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

### THIS IS A DEATH PENALTY CASE.

Bryce Benjet
TEXAS DEFENDER SERVICE
510 S. Congress
Suite 307
Austin, Texas 78704
TEL: (713) 222-7788
FAX: (512) 477-2153

Jim Marcus
TEXAS DEFENDER SERVICE
412 Main Street
Suite 1150
Houston, Texas 77002
TEL (713) 222-7788
FAX (713) 222-0260

Counsel for Jose Alfredo Rivera

Petitioner Jose Alfredo Rivera respectfully requests leave to file the accompanying Appointment of Counsel without payment of costs and otherwise to proceed in this cause as an indigent. Petitioner submits the attached affidavit in support of this motion swearing that he does not possess sufficient means to pay for the costs of this litigation.

Respectfully submitted,

By: /Jim Marcus

| Bryce Benjet | Jim Marcus |
|---|---|
| Texas Bar No. 24006829 | Texas Bar No. 00787963 |
| TEXAS DEFENDER SERVICE | TEXAS DEFENDER SERVICE |
| 510 S. Congress | 412 Main Street |
| Suite 307 | Suite 1150 |
| Austin, Texas 78704 | Houston, Texas 77002 |
| TEL: (713) 222-7788 | TEL (713) 222-7788 |
| FAX: (512) 477-2153 | FAX (713) 222-0260 |

Counsel for Jose Alfredo Rivera

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2003, a true and correct copy of the foregoing was served upon opposing counsel by Federal Express, overnight delivery, to:

Ms. Katherine Hayes
Assistant Attorney General
Office of the Attorney General
209 West 14th Street
Price Daniel Sr. Building
8th Floor
Austin, Texas 78701

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § § | |
| Petitioner | § § | CIVIL ACTION NO. |
| vs. | § § § § | _____ |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division | § § § § § | |
| Respondent | § | |

## ORDER

Mr. Rivera's Motion to Proceed In Forma Pauperis and Affidavit in Support thereof having been considered, the motion is hereby GRANTED, and it is ORDERED that Mr. Rivera be entitled to proceed in this matter without the payment of costs.

Signed this ____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § § | |
| Petitioner | § § | CIVIL ACTION NO. |
| vs. | § § § | _____ |
| JANIE COCKRELL,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division | § § § § § | |
| Respondent | § | |

## AFFIDAVIT IN SUPPORT OF A MOTION
## FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, José A. Rivera being first duly sworn, depose and say that I am the Petitioner in the above-entitled case; that in support of my motion to proceed without being required to repay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1.  Are you presently employed? Yes___ No ✓

    a.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    _____
    _____
    _____

b. If the answer is no, state the date of your last employment and the amount of the salary or wages per month which you received.
_summer of 91 about 360 month_

2. Have you received within the past twelve months any income from:

   a. Business, profession or form of self-employment? Yes ___ No ✓

   b. Rent payments, interest, or dividends? Yes ___ No ✓

   c. Pensions, annuities, or life insurance payments? Yes ___ No ✓

   d. Gifts or inheritances? Yes ___ No ✓

   e. Any other sources? Yes ___ No ✓

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash or do you have money in a checking or savings account? Yes ___ No ✓

   If the answer is yes, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

   a. If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are depending upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _None_

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-12-03

/s/ Jose A. Rivera

Subscribed and sworn to before me this __12__ day of _August_, 2003.

Richard Dean McKee
Notary

My commission expires  6-27-2007

RICHARD DEAN McKEE
NOTARY PUBLIC STATE OF TEXAS
WITHOUT BOND
My Commission Expires 06-28-2007

3

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          08/12/03
TL49/RMC6694              IN-FORMA-PAUPERIS DATA                   12:05:44
TDCJ#: 00999102 SID#: 03027883 LOCATION: POLUNSKY       INDIGENT DTE: 00/00/00
NAME: RIVERA,JOSE ALFREDO              BEGINNING PERIOD: 02/01/03
PREVIOUS TDCJ NUMBERS: 00587721
CURRENT BAL:          1.53 TOT HOLD AMT:          0.00 3MTH TOT DEP:    399.60
6MTH DEP:           599.60 6MTH AVG BAL:         34.01 6MTH AVG DEP:     99.93
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/03      77.73          74.60        04/03      51.43           50.00
06/03      75.08         175.00        03/03      81.53           75.00
05/03     159.23         150.00        02/03      75.00           75.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Polk_
ON THIS THE _12_ DAY OF _August 2003_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

_Richard Dean McKee_
_Notary Public_



RICHARD DEAN McKEE
NOTARY PUBLIC   STATE OF TEXAS
WITHOUT BOND
My Commission Expires 06-28-2007