IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

| | |
|---|---|
| JOSE ALFREDO RIVERA, Petitioner, | § § § |
| VS. | § § |
| JANIE COCKRELL, TDCJ-ID, Respondent. | § § § |

CIVIL ACTION NO. B-03-139

TYPE OF CASE:     __x__ CIVIL        _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TX**

ROOM NO.:

**THIRD FLOOR COURTROOM, #4**

DATE AND TIME:

**SEPTEMBER 22, 2003 AT 8:30 A.M.**

FILEMON B. VELA, U.S. DISTRICT JUDGE

DATE:   AUGUST 14, 2003

TO:     MR. JAMES WILLIAM MARCUS
        MR. BRYCE E. BENJET
        MS. KATHERINE D. HAYES