# United States District Court
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE ALFREDO RIVERA

VS.

JANIE COCKRELL, TDCJ-ID

NOTICE

CIVIL ACTION NO. B-03-139

Type of Case:

☒ CIVIL       ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br>U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time: |

| TYPE OF PROCEEDING: | STATUS CONFERENCE |
|---|---|

TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br>9/22/03 @ 8:30 A.M. | RESCHEDULED TO, DATE AND TIME<br>9/29/03 @ 8:30 A.M. |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

DATE: AUGUST 29, 2003                (BY) DEPUTY CLERK

To:   MR. JAMES WILLIAM MARCUS
      MR. BRYCE E. BENJET
      MS. KATHERINE D. HAYES