IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA<br><br>Petitioner<br><br>vs.<br><br>JANIE COCKRELL,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division<br><br>Respondent | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>B-03-139 |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

**THIS IS A DEATH PENALTY CASE.**

Bryce Benjet
TEXAS DEFENDER SERVICE
510 S. Congress
Suite 307
Austin, Texas 78704
TEL: (713) 222-7788
FAX: (512) 477-2153

Jim Marcus
TEXAS DEFENDER SERVICE
412 Main Street
Suite 1150
Houston, Texas 77002
TEL (713) 222-7788
FAX (713) 222-0260

Counsel for Jose Alfredo Rivera

On August 13, 2003, Petitioner Rivera filed an unopposed motion for the appointment of counsel in this matter pending the recruitment of new counsel to represent Mr. Rivera. Motion for Appointment of Counsel (Docket Entry 3). This motion is pending before the Court. Mr. Rivera is entitled to counsel pursuant to 21 U.S.C. § 848(q)(4)(B) and *McFarland v. Scott*, 512 U.S. 849 (1994).[1]

The Administrative Office of the United States Courts, Guide to Judiciary Policies and Procedure ("AO Guide"), recommends that:

> due to the complex and protracted nature of death penalty proceedings, judicial officers should consider appointing *at least two counsel*.

AO Guide, Vol. 7, Ch. 6, § 6.01(A)(2) (emphasis added). The Respondent's recent filing, raising a host of procedural issues, as well as the issues related to Mr. Rivera's mental retardation and what process is constitutionally required to adjudicate Mr. Rivera's claim, exemplify the "unique and complex nature of this [death penalty] litigation." *See* A.O. Guide, Vol. 7, Ch. 6, § 6.01(C)(3).

Mr. Max Hendrick, III, of Vinson & Elkins L.L.P, has agreed to act as attorney-in-charge for Petitioner Rivera. Mr. Hendrick is qualified to represent Mr. Rivera pursuant to 21 U.S.C. § 848(q)(7): "[T]he court, for good cause, may appoint another attorney whose background, knowledge or experience would otherwise enable him or her to properly represent the defendant, with due consideration to the seriousness of the possible penalty and to the unique and complex nature of the litigation." Mr. Hendrick has over thirty years of trial and appellate experience in complex litigation. He is licensed to practice law in the State of Texas, the Fifth Circuit Court of

---

[1] Mr. Rivera is filed a motion to proceed *in forma pauperis* concurrently with his motion for the appointment of counsel.

1

Appeals, the Eighth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the District of Columbia Circuit Court of Appeals, and all four districts of the United States District Court in Texas. Moreover, the firm of Vinson & Elkins L.L.P. has experience representing death-sentenced prisoners in Texas.

Several other lawyers from Vinson & Elkins L.L.P. would work under Mr. Hendrick's supervision, though Mr. Hendrick – as attorney-in-charge – would ensure that the Court is not billed for any unnecessary or duplicative time or expenses.

ACCORDINGLY, Mr. Rivera respectfully requests that the Court substitute Mr. Hendrick as counsel and attorney-in-charge for Petitioner Rivera. Mr. Hendrick's contact information is:

> Mr. Max Hendrick, III
> Texas Bar # 09450000
> Vinson & Elkins L.L.P.
> 1001 Fannin Street
> Suite 2300
> Houston, Texas 77002-6760
> TEL: (713) 758-2546
> FAX: (713) 615-5251

Respectfully submitted,

*/s/ Jim Marcus*

(By) Jim Marcus

| | |
|---|---|
| Bryce Benjet | Jim Marcus |
| Texas Bar No. 24006829 | Texas Bar No. 00787963 |
| TEXAS DEFENDER SERVICE | TEXAS DEFENDER SERVICE |
| 510 S. Congress | 412 Main Street |

2

Suite307  Suite 1150
Austin, Texas 78704  Houston, Texas 77002
TEL: (713) 222-7788  TEL (713) 222-7788
FAX: (512) 477-2153  FAX (713) 222-0260

Counsel for Jose Alfredo Rivera

### CERTIFICATE OF CONFERENCE

On September 24, 2003, I conferenced the foregoing with Assistant Attorney General Katherine Hayes who informed me that she did not oppose the relief sought in this motion.

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2003, a true and correct copy of the foregoing was served upon opposing counsel by Federal Express, overnight delivery, to:

Ms. Katherine Hayes
Assistant Attorney General
Office of the Attorney General
209 West 14th Street
Price Daniel Sr. Building
8th Floor
Austin, Texas 78701



3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA<br><br>Petitioner<br><br>vs.<br><br>JANIE COCKRELL,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division<br><br>Respondent | § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>B-03-139 |

**ORDER**

Petitioner Rivera's Unopposed Motion for the Substitution of Counsel is GRANTED.

The following attorney is appointed to as attorney-in-charge for Petitioner Jose Rivera:

Mr. Max Hendrick, III,
Texas Bar # 09450000
Vinson & Elkins LLP
1001 Fannin Street
Suite 2300
Houston, Texas 77002-6760
TEL: (713) 758-2546
FAX: (713) 615-5251

Signed this ____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE