IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § § | |
| Petitioner | § § | CIVIL ACTION NO. |
| vs. | § § | B-03-139 |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division | § § § § | |
| Respondent | § § | |

## ORDER

Petitioner Rivera's Unopposed Motion for the Substitution of Counsel is GRANTED.

The following attorney is appointed to as attorney-in-charge for Petitioner Jose Rivera:

Mr. Max Hendrick, III,
Texas Bar # 09450000
Vinson & Elkins LLP
1001 Fannin Street
Suite 2300
Houston, Texas 77002-6760
TEL: (713) 758-2546
FAX: (713) 615-5251

Signed this 26th day of September, 2003.

UNITED STATES DISTRICT JUDGE