CJA 31 DEATH PENALTY PROCEEDINGS. EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (Rev 5/99)

| 1 CIR./DIST./DIV CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| S.D Tex | Jose Alfredo Rivera | | | |
| 3 MAG. DKT/DEF NUMBER | 4 DIST DKT/DEF. NUMBER | 5 APPEALS DKT/DEF NUMBER | | 6 OTHER DKT NUMBER |
| CV B-03-139 | CV B-03-139 | | | |
| 7 IN CASE/MATTER OF (Case Name) | 8 TYPE PERSON REPRESENTED | | 9 REPRESENTATION TYPE | |
| Rivera v. Cockrell | ☐ Adult Defendant ☐ Appellant ☐ Other<br>x Habeas Petitioner ☐ Appellee | | x D1 28 U S.C. § 2254 Habeas (Capital)   ☐ D3 28 U S C § 2255 (Capital)<br>☐ D2 Federal Capital Prosecution   ☐ D4 Other (Specify) | |

10 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense

United States District Court
Southern District of Texas
FILED
SEP 2 6 2003
Michael N. Milby
Clerk of Court

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11 ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
x Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See Instructions)

Signature of _____   Date 8/21/2003

x Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Bryce Benjet
Texas Defender Service
510 S. Congress Suite 307
Austin, Texas 78704

Telephone Number: (512) 320-8300

| 12 DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions) | 13 TYPE OF SERVICE PROVIDER | | | |
|---|---|---|---|---|
| Review of records and report by psychologist. Necessary to make "prima facie" showing for authorization to file successive habeas petition. | 01 ☐ Investigator | | 15 ☐ Other Medical | |
| | 02 ☐ Interpreter/Translator | | 16 ☐ Voice/Audio Analyst | |
| | 03 x Psychologist | | 1 ☐ Hair/Fiber Expert | |
| | 04 ☐ Psychiatrist | | 18 ☐ Computer (Hardware/Software/Systems) | |
| | 05 ☐ Polygraph | | | |
| 14. COURT ORDER Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted. | 06 ☐ Documents Examiner | | 19 ☐ Paralegal Services | |
| | 07 ☐ Fingerprint Analyst | | 20 ☐ Legal Analyst/Consultant | |
| | 08 ☐ Accountant | | 21 ☐ Jury Consultant | |
| Signature of Presiding Judicial Officer or By Order of the Court | 09 ☐ CALR (Westlaw/Lexis, etc.) | | 22 ☐ Mitigation Specialist | |
| 9-26-03 | 10 ☐ Chemist/Toxicologist | | 23 ☐ Duplication Services | |
| Date of Order   Nunc Pro Tunc Date | 11 ☐ Ballistics | | (See Instructions) | |
| Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO | 13 ☐ Weapons/Firearms/Explosive Expert | | 24 ☐ Other (Specify) | |
| | 14 ☐ Pathologist/Medical Examiner | | | |

15 STAGE OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the | l. X Stay of Execution | o x Other |
| b. ☐ Trial | f. ☐ Petition for the | h. ☐ Evidentiary Hearing | U.S. Supreme Court | m. ☐ Appeal of Denial of Stay | 28 USC Sec. 2244 |
| c. ☐ Sentencing | U.S. Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | |
| d. ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | | Supreme Court Regarding Denial of Stay | |

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 500.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | $500.00 | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Richard E. Garnett, Ph.D.
6040 Camp Bowie Blvd. Suite 2
Fort Worth, Texas 76116

TIN: 75-2253734
Telephone (817) 377-2252

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE   7/26/03   TO   8/20/03
CLAIM STATUS   ☐ Final Payment   x Interim Payment Number 1   ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of _____   Date 8/21/03

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.
Signature of _____   Date 8/21/03

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | $500.00 |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained; OR
☑ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds

Signature of Presiding Judicial Officer   Date 9-26-03   Judge/Mag. Judge Code 4121

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996.
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code