# SEALED RECORD

DESCRIPTION OF CONTENTS: Consultation (medical) Report

CASE NO. B-03-CV-139

INSTRUMENT NO. _____

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

