# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

JUDGE   FILEMON B. VELA

CASE MANAGER   Maria F. Garza

COURT REPORTER: Bill Holloway    LAW CLERK   David Walton

INTERPRETER:   None

DATE:   9/26/03         TIME:   8:30 am   /   8:45 am
                                   Begin           End

*************************************************************************

CIVIL ACTION NO.   B-03-139

| JOSE ALFREDO RIVERA | MAX HENDRICK, III |
|  | JAMES WILLIAM MARCUS |
| VS |  |
| JANE COCKRELL | KATHERINE D. HAYES |

All counsel present and announced ready to proceed — Max Hendrick, III and James William Marcus for Plaintiff; Katherine D. Hayes for the Defendant. The Court ruled on pending motions. Motion to Proceed in Forma Pauperis (DE #4-1) Granted. Motion to Dismiss for Lack of Jurisdiction (DE #7-1) Denied. Hearing on the merits set for 12/15/03 at 8:30 a.m. If an extension of time is needed, a motion should be filed 15 days prior to date of hearing.