IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § § | |
| Petitioner | § § | |
| vs. | § § § | CIVIL ACTION NO. **CA B-03-139** |
| JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division | § § § § § | |
| Respondent | § § | |

## ORDER

Mr. Rivera's Motion to Proceed In Forma Pauperis and Affidavit in Support thereof having been considered, the motion is hereby GRANTED, and it is ORDERED that Mr. Rivera be entitled to proceed in this matter without the payment of costs.

Signed this 27th day of September, 2003.

UNITED STATES DISTRICT JUDGE