IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ALFREDO RIVERA, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-139 |
| § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent § | |

**ORDER**

The Court, having considered Respondent's unopposed motion for leave to conduct discovery, is of the opinion that Respondent's motion should be GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that:

1. **Educational and vocational records** -- Within ten (10) days of receiving this Court order and accompanying subpoena to be issued by Respondent, Brownsville ISD Interim Superintendent of Schools Johnny Pineda shall direct the Custodian of Student Records and/or the Director of Student Services to produce the following regarding former student Jose Alfredo Rivera, D.O.B. 12/23/62:

    A.  Any and all records of standardized I.Q. testing or tests evidencing levels of intellectual functioning; of evaluations of Rivera's academic performance; of report cards or progress evaluations; of results from standardized or individualized testing for academics, aptitude or vocational skills; of Rivera's placement in special education or resource classes and the reason(s) for such placement; of Rivera receiving specialized schooling, modifications, or adaptations for any subject and the reasons therefore; of Rivera receiving vocational support services; of Rivera's participation in extra-curricular events or activities; of Rivera's student health record; and of disciplinary incidents or reports.

B.  A list of the names of all teachers who taught Rivera and all principals of the schools Rivera attended for the following periods:

1) Canales Elementary - 1967 -1968 (kindergarten)

2) Longoria Elementary 1968-1975 (1st through 6th grade)

3) Cummings Middle School 1975-1976 (8th grade; skipped 7th grade)

4) Homer Hanna High School 1976-1978 (9th grade)

2. **Educational and vocational records** -- Within ten (10) days of receiving this Court order and accompanying subpoena to be issued by Respondent, Windham School District Superintendent Dr. Ronald Bradford shall direct the Intake and Records Department to produce the following regarding inmate Jose Alfredo Rivera, TDCJ # 999102 (death row) or TDCJ# 587721 (prior incarceration) during his current or prior incarcerations at TDCJ facilities:

A.  Any and all records of standardized I.Q. testing or tests evidencing levels of intellectual functioning; of evaluations of Rivera's academic performance; of report cards or progress evaluations; of results from standardized or individualized testing for academics, aptitude or vocational skills; of Rivera's placement in special education or resource classes and the reason(s) for such placement; and of Rivera receiving specialized schooling, modifications, or adaptations for any subject and the reasons therefore.

B.  Any and all records regarding Rivera's placement in the Mentally Retarded Offender Program (MROP), or any program of similar nature, or any documents evidencing why Rivera was not placed in such program(s).

C.  Any and all records evidencing job training, certification or professional licensing attempted by or actually obtained by Rivera.

D.  A list of the names of all teachers or instructors who taught Rivera, and a contact phone number for work (if still employed by TDCJ).

3. **Examination of Petitioner** -- Petitioner shall disclose to Respondent the following information regarding any person who may be used at trial to present expert testimony regarding Petitioner's intellectual status or level of adaptive functioning:

   A. As soon as possible, disclose the name, address, and telephone number of each expert.

   B. As soon as possible, provide a curriculum vitae and/or resume.

   C. As soon as possible after Petitioner's experts have completed their testing, provide a copy of all testing materials completed or attempted by Rivera, and the scoring sheets for all tests administered Rivera by this expert and/or any associate.

   D. By no later than ten (10) days before the hearing, provide any written report prepared and signed by the witness which forms the basis of the witness' opinions or is intended to be offered at the hearing.

4. **Examination of Petitioner** -- The Director is allowed leave of Court to conduct an examination of Rivera at the TDCJ unit prior to the scheduled hearing so that the Director's expert can effectively formulate an opinion on Rivera's intellectual status and level of adaptive functioning.

SIGNED _November 13th_, 2003.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE