AO450 (Rev. 5/85) Notice

16

# United States District Court
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE ALFREDO RIVERA

VS.

JANIE COCKRELL, TDCJ-ID

**NOTICE**

CIVIL ACTION NO. B-03-139

---

Type of Case:

☒ CIVIL         ☐ CRIMINAL

---

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: COURTROOM #4 |
| --- | --- |
| U.S Courthouse - 3RD Floor<br>600 E. Harrison Street<br>Brownsville, Texas 78520 | U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
| | Date and time: |

| TYPE OF PROCEEDING: | STATUS CONFERENCE |
| --- | --- |

**TAKE NOTICE** that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
| --- | --- | --- |
| | 12/15/03 @ 8:30 A.M. | 12/10/03 @ 8:30 A.M. |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

_____
(BY) DEPUTY CLERK

DATE: NOVEMBER 13, 2003

To:   MR. JAMES WILLIAM MARCUS
      MR. BRYCE E. BENJET
      MS. KATHERINE D. HAYES