IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 1 8 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ALFREDO RIVERA, § § | |
| Petitioner, § § | |
| V. § | NO. B-03-139 |
| § | |
| DOUG DRETKE, Director, Texas § Department of Criminal Justice, § Institutional Division, § § | |
| Respondent. § | |

**MOTION FOR LEAVE TO FILE SEALED *EX PARTE* APPLICATION FOR AUTHORIZATION OF FUNDS FOR THE ASSISTANCE OF EXPERTS AND A MENTAL RETARDATION INVESTIGATOR**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE VELA:

Petitioner, JOSE ALFREDO RIVERA, respectfully requests that this Court grant Petitioner leave to file his Sealed *Ex Parte* Application for Authorization of Funds for the Assistance of Experts and a Mental Retardation Investigator ("Sealed *Ex Parte* Application for Funds").

The Court should grant leave to file this motion under seal because of the inherently confidential nature of the information contained within it. This application discusses Mr. Rivera's strategy. It reveals material subject to the attorney work-product privilege. As this Court is aware, Mr. Rivera's counsel is ethically and legally required to protect privileged information gained in the course of litigation. Therefore, defense counsel is under an obligation to protect the sensitive and confidential information contained in this filing.

As required, Petitioner has provided a Statement of the Need for Confidentiality pursuant to *Dowthitt v. Johnson*, No. H-98-3282 (S.D. Tex. December 2, 1998). This procedure has been found by other Federal District Courts in Texas to both comply with 21 U.S.C. §848(q)(9) and

1

protect Mr. Rivera's need for confidentiality in making his requests for funding. *See Shields v. Johnson*, 48 F.Supp. 2d 719 (S.D. Tex. 1999); *Patrick v. Johnson*, 37 F.Supp. 2d 815 (N.D. Tex. 1999). Petitioner demonstrates the need for confidentiality in making his request for expert assistance by specifying the services needed and the broad issue or topic for which the services are required. *See Patrick*, 37 F. Supp. 2d at 816 ("The statement of need for confidentiality merely must identify generically the type of services needed and the broad issues or topic (e.g. innocence) for which the services are necessary."). Petitioner requires the services of experts in order to further develop issues relating to claims of mental retardation.

If the Court does not grant this Motion for Leave to File Sealed *Ex Parte* Application for Authorization of Funds for the Assistance of Experts and a Mental Retardation Investigator, it is requested that Petitioner's Sealed *Ex Parte* Application for Funds (including all moving papers and exhibits) be returned, without public filing, so that defense counsel may give further consideration to appropriate action.

WHEREFORE, having demonstrated the fact that the materials in the Sealed *Ex Parte* Application for Funds contain information that is confidential in nature and also subject to the attorney work-product privilege, Petitioner respectfully requests that the Court grant this Motion for Leave to File Sealed *Ex Parte* Application for Authorization of Funds for the Assistance of Experts and a Mental Retardation Investigator.

Respectfully submitted,

*Max Hendrick III* (signature)

Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2546
Fax: 713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2222
Fax: 713-615-5258

**ATTORNEYS FOR PETITIONER
JOSE ALFREDO RIVERA**

## CERTIFICATE OF CONFERENCE

Counsel for Mr. Rivera spoke with Assistant Attorney General Katherine D. Hayes, counsel for Respondent, concerning this motion. Counsel was informed that the Respondent does not oppose this motion, but specifically reserves all defenses and objections to the maintenance of this action, including the positions previously set forth in Respondent's Motion to Dismiss based on jurisdictional and statute of limitation grounds.

## CERTIFICATE OF SERVICE

I hereby certify that on this November 17th, 2003, a copy of this motion was served on the Respondent via U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701