IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § § § | |
| Petitioner, | § § | |
| V.- | § § | NO. B-03-139 |
| DOUG DRETKE, Director, Texas Department of Criminal Justice, Institutional Division, | § § § § § § | |
| Respondent. | § § | |

## MOTION FOR AUTHORIZATION OF FUNDS FOR EXPERT ASSISTANCE, STATEMENT OF THE NEED FOR CONFIDENTIALITY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE VELA:

Petitioner, Jose Alfredo Rivera, asks this Court, pursuant to 21 U.S.C. § 848(q)(9) and *McFarland v. Scott*, 512 U.S. 849 (1994), to appoint experts and an investigator to assist counsel in the preparation of his Application for Writ of Habeas Corpus. In accordance with the procedures set forth in *Dowthitt v. Johnson*, No. H-98-3282 (S.D. Tex. December 2, 1998), this motion has been filed and served to opposing counsel. A more detailed application for authorization of expert assistance has been filed with this Court *ex parte* and under seal. *See id.*; *Shields v. Johnson*, 48 F.Supp. 2d 719 (S.D. Tex. 1999); *Patrick v. Johnson*, 37 F.Supp. 2d 815 (N.D. Tex. 1999). Mr. Rivera further asks this court for leave to file his detailed application under seal as set forth under the *Dowthitt* procedure.

I. General Identification of Type of Services Needed and Issue for Which the Services are Needed

Petitioner demonstrates the need for confidentiality in making his request for expert assistance by specifying the services needed and the broad issue or topic for which the services

are required. *See Patrick*, 37 F. Supp. 2d at 816 ("The statement of need for confidentiality merely must identify generically the type of services needed and the broad issues or topic (e.g. innocence) for which the services are necessary."). Petitioner requires the services of experts in order to further develop issues relating to claims of mental retardation.

The services of these experts are reasonably necessary for the representation of Mr. Rivera in this habeas proceeding. Therefore, Petitioner asks this Court to authorize funds pursuant to 21 U.S.C. § 848(q)(9) and *McFarland v. Scott*, 512 U.S. 849 so that he may fully and fairly develop the basis of his mental retardation claim.

Respectfully submitted,

_____
Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:  713-758-2546
Fax:     713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:  713-758-2222
Fax:     713-615-5258

**ATTORNEYS FOR PETITIONER
JOSE ALFREDO RIVERA**

## CERTIFICATE OF CONFERENCE

Counsel for Mr. Rivera spoke with Assistant Attorney General Katherine D. Hayes, counsel for Respondent, concerning this motion. Counsel was informed that the Respondent does not oppose this motion, but specifically reserves all defenses and objections to the maintenance of this action, including the positions previously set forth in Respondent's Motion to Dismiss based on jurisdictional and statute of limitation grounds.

*[signature: Mac Hendrel III]*

## CERTIFICATE OF SERVICE

I hereby certify that on this November 17th, 2003, a copy of this motion was served on the Respondent via U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

*[signature]*