# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 19 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE ALFREDO RIVERA

VS.

JANIE COCKRELL, TDCJ-ID

**AMENDED** NOTICE

CIVIL ACTION NO. B-03-139

Type of Case:

☒ CIVIL      ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br><br>U.S Courthouse - 3RD Floor<br>600 E. Harrison. Street<br>Brownsville, Texas 78520 | Room No: COURTROOM #4<br>U.S. DISTRICT JUDGE<br>FILEMON B. VELA |
|---|---|
| | Date and time: |

| TYPE OF PROCEEDING : | HEARING ON THE MERITS |

**TAKE NOTICE** that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>12/15/03 @ 8:30 A.M. | RESCHEDULED TO, DATE AND TIME<br><br>12/10/03 @ 8:30 A.M. |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE: NOVEMBER 19, 2003

To:   MR. JAMES WILLIAM MARCUS
      MR. BRYCE E. BENJET
      MS. KATHERINE D. HAYES