THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | B-03-139 |
| | § | |
| DOUG DREKTE, DIRECTOR, TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

ORDER

This Court, upon consideration of a Joint Motion for Continuance of Evidentiary Hearing, is of the opinion the parties in such cause are entitled to a continuance in the evidentiary hearing originally rescheduled for the 10th day of December, 2003 at 8:30 a.m. The evidentiary hearing is now continued to commence at 8:30 a.m. on the 7th day of January, 2004. This Court believes this is ample time for both parties to complete the collection and review of all pertinent records.

It is hereby ORDERED, ADJUDGED, and DECREED that an evidentiary hearing in the above-mentioned cause number commence at 8:30 a.m. on the 7th day of January, 2004.

Signed this 24th day of November, 2003.

Filemon B. Vela
United States District Judge