THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | B-03-139 |
| | § | |
| DOUG DREKTE, DIRECTOR, TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

This Court, upon consideration of Jose Alfredo Rivera, Petitioner's: (a) Motion for Authorization of Funds for Expert Assistance, Statement of the Need for Confidentiality; and (b) Sealed *Ex Parte* Application, is of the opinion Petitioner's motion should be GRANTED.

Pursuant to 21 U.S.C. §848(q)(9), the Court believes the Petitioner requires funds to secure investigative and expert assistance in the evaluation of Jose Alfredo Rivera. Despite the attached order sealing Petitioner's *ex parte* application, under no circumstance does this order seal the investigative and expert reports and evaluations of Petitioner. All investigative and expert reports and evaluations of Petitioner will be made equally available to all parties in this cause.

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner be entitled to funds in securing the reasonably necessary investigative and expert assistance by the following persons: (1) Dr. Richard E. Garnett; (2) Dr. Gilda Kessner; and (3) Ms. Naomi E. Terr.

Signed this _____ day of November, 2003, at Brownsville, Texas.

Filemon B. Vela
United States District Judge