THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | B-03-139 |
| | § | |
| DOUG DREKTE, DIRECTOR, TEXAS DEPARTMENT | § | |
| OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

ORDER

This Court, upon consideration of Jose Alfredo Rivera, Petitioner's, Motion for Leave to File Sealed *Ex Parte* Application for Authorization of Funds for the Assistance of Experts and a Mental Retardation Investigator, is of the opinion Petitioner's motion should be GRANTED.

Notwithstanding the Petitioner's supporting arguments, the Court believes the *Ex Parte* Application, filed the 18th day of November, 2003, should and will be sealed by the Clerk of this Court.

It is hereby ORDERED, ADJUDGED, and DECREED, the Clerk of this Court seal Petitioner's *Ex Parte* Application for Authorization of Funds for the Assistance of Experts and a Mental Retardation Investigator.

Signed this 24th day of November, 2003, at Brownsville, Texas.

Filemon B. Vela
United States District Judge