CASE NO. B-03-139
INSTRUMENT NO. #24

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Ex Parte Application

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.