IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| Respondent. | § | |

## MOTION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

TO THE HONORABLE JUDGE FILEMON B. VELA:

Counsel for Petitioner Jose Alfredo Rivera respectfully requests that the Court issue a Writ of Habeas Corpus *Ad Testificandum*. In support thereof, the parties would show the Court the following:

1.   An evidentiary hearing has been set to commence at 8:30 a.m. on January 7, 2004, on Petitioner's claim of mental retardation asserted in his subsequent application for writ of habeas corpus.

2.   Counsel for Mr. Rivera believe that Mr. Rivera's presence at the hearing would be beneficial in aiding the Court as it makes a determination about the issues presented.

3.   Mr. Rivera is currently in the Polunsky Unit of the Texas Department of Criminal Justice and issuance of a Writ of Habeas Corpus *Ad Testificandum* is necessary to allow Mr. Rivera to be present for the entirety of the hearing scheduled to commence on January 7, 2004.

WHEREFORE, Petitioner asks this Court to grant this Motion for Writ of Habeas Corpus *Ad Testificandum*, so that he may be present at the hearing on his subsequent application for writ of habeas corpus on January 7, 2004.

        Respectfully submitted,

*/s/ Max Hendrick III*

Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2546
Fax:    713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2222
Fax:    713-615-5258

**ATTORNEYS FOR PETITIONER
JOSE ALFREDO RIVERA**

## CERTIFICATE OF CONFERENCE

Counsel for Mr. Rivera spoke with Assistant Attorney General Katherine D. Hayes, counsel for Respondent, regarding this Motion for Writ of Habeas Corpus *ad* Testificandum who stated she was in agreement with such motion.

_____
Max Hendrick, III

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2003, a copy of this motion was served on the Respondent via U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

_____
Max Hendrick, III

1452080_1.DOC