IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner,* | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent.* | § | |

## ORDER FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

Before the Court is the Motion of Petitioner, JOSE ALFREDO RIVERA, for a Writ of Habeas Corpus *Ad Testificandum*, to secure Mr. Rivera's presence at the hearing on his subsequent application for writ of habeas corpus scheduled to commence on January 7, 2004, at 8:30 a.m., and continuing thereafter. The Court, having considered the facts presented, finds that the Motion for Writ of Habeas Corpus *Ad Testificandum* should be granted. It is therefore,

ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus *Ad Testificandum* directed to the U.S. Marshal, the Director of the Texas Department of Criminal Justice, and the Warden of the Polunsky Unit, directing said officers to have the Petitioner JOSE ALFREDO RIVERA, TDCI #999102, brought to the **United States Courthouse, Brownsville, Texas, on January 7, 2004, at 8:30 a.m.**, and directing that said Petitioner be produced from day to day for as long as necessary, and thereafter to return said Petitioner under safe and secure conduct to said Petitioner's place of custody or other appropriate authority.

Dated: 12/18/03

The Honorable ~~Filemon B. Vela~~ Andrew Hanen
United States District Judge

1452169_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner,* | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent.* | § | |

## WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

TO:   U. S. MARSHAL
DOUG DRETKE, Director of the Texas Department of Criminal Justice
WARDEN, Allan B. Polunsky Unit, 3872 FM 350 South, Livingston, TX 77351

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of JOSE ALFREDO RIVERA, TDCJ #999102, now detained in the custody of the Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351 brought to the **United States Courthouse, Brownsville, Texas, on January 7, 2004, at 8:30 a.m.**, at which time and at which place the said Petitioner be produced from day to day for as long as necessary and thereafter that you return the said Petitioner under safe and secure conduct to said Petitioner's place of custody or other appropriate authority.

And have you then and there this writ.

WITNESS the Honorable ~~Filemon B. Vela~~ Andrew S. Hanen, United States District Judge for the Southern District of Texas, this 18 day of December, 2003.

UNITED STATES DISTRICT CLERK

BY: *Maricela Perez*
Deputy Clerk

1452169_1.DOC