United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent | § | |

**JOINT ADVISORY**

This case involves a successive writ of habeas corpus filed by Petitioner Jose Alfredo Rivera ("Rivera") pursuant to 28 U.S.C. § 2241, 2254 in which he argues that his execution is barred by *Atkins v. Virginia,* 536 U.S. 304 (2002), because he is mentally retarded. The Court ordered an evidentiary hearing to commence at 8:30 a.m. on Wednesday, January 7, 2004.

This advisory is to simply inform the Court that the parties have agreed (1) to exchange witness and exhibit lists on Tuesday, December 30, 2003 (by facsimile transmission); and (2) to exchange the actual exhibits by overnighting a copy of same to be received by opposing counsel on Wednesday, December 31, 2003 (at time of earliest possible delivery). In addition, under Local Rule 46, objections to the admissibility of exhibits must be made "at least three business days before trial" which, in this case, would render the objections due filed by Friday, January 2, 2004. However, given that the January 7th evidentiary hearing falls right after the Christmas and New Years holidays, the parties have

agreed to file written objections, if any, so they are received by Court by no later than Monday, January 5, 2004.

Sincerely,

*Max Hendrick, III*
*by permission*
_____
MAX HENDRICK, III
TX Bar #09450000
Southern Dist. No. 0518

VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

ATTORNEY FOR PETITIONER

*Katherine D. Hayes*
_____
KATHERINE D. HAYES (AAG)
TX Bar # 00796729
Southern Dist. No. 22698

Office of the Attorney General of Texas
Postconviction Litigation Division
P.O. Box 12548
Austin, TX 78711-2548

ATTORNEY FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing advisory has been served by facsimile transmission on this Friday, December 19, 2003, to Max Hendrick, III at (713) 615-5251.

*Katherine D. Hayes*
_____
KATHERINE D. HAYES
Assistant Attorney General