

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S PRELIMINARY WITNESS LIST

Pursuant to the joint advisory filed by the parties, the parties agreed to exchange witness and exhibit lists by Tuesday December 30, 2003. *See* Civil Docket Entry # 26. In accordance therewith, Respondent Doug Dretke, Director of the Texas Department of Criminal Justice's Correctional Institutions Division ("the Director"), timely files this Preliminary Witness List.

## WITNESSES

The Director anticipates offering testimony from the following individuals at the evidentiary hearing scheduled to commence Wednesday January 7, 2004:

1. **Jose Esquivel**
   United States Attorney's Office
   600 East Harrison, Suite 201
   Brownsville, Texas 78520
   (956) 983-6015
   (956) 548-2711 fax

Mr. Esquivel served as trial counsel and direct appeal counsel for Petitioner Jose

Alfredo Rivera ("Rivera") in his capital murder case. This witness is expected to testify regarding his general impressions of Rivera's mental abilities and level of functioning.

2.    **Steven F. Hillman**
       Allan B. Polunsky Unit
       3872 FM 350 South
       Livingston, Texas 77351
       (936) 967-8082, ext. 265 (commissary A) or 204 (commissary B)

Mr. Hillman currently works as an Inventory Coordinator II for the Texas Department of Criminal Justice where he serves as the commissary manager for both the A and B commissaries at the Polunsky Unit. This witness is expected to testify about the procedures used when inmates make requests for items through the prison commissary system. In addition, Mr. Hillman is expected to testify regarding various commissary order slips which were submitted by Rivera, and various commissary purchase receipts showing which items were bought by and provided to Rivera.

3.    **Christy Howell**
       Allan B. Polunsky Unit
       3872 FM 350 South
       Livingston, Texas 77351
       (936) 967-8082, ext. 137

Ms. Howell currently serves as a property officer at the Texas Department of Criminal Justice's Polunsky Unit. This witness is expected to testify regarding items of property currently possessed by Rivera. The witness is also expected to testify regarding property which has been confiscated from Rivera during his time on death row. Further, this witness is expected to testify regarding documentation maintained in Rivera's prison unit file concerning his property.

4.    **Kathryn Cox**
       The Salvation Army Texas Headquarter
       6500 Harry Hines Blvd.
       Dallas, Texas 75235
       P.O. Box 2601
       Dallas, Texas 75235
       (214) 956-6000

Ms. Kox currently serves as a Major for the Salvation Army. She is expected to

2

testify regarding her ministry to death row inmates and the educational program in which she instructs inmates regarding the Bible and religious teachings and Rivera's participation in this program.

5.    **Boyd Lamb**
      Allan B. Polunsky Unit
      3872 FM 350 South
      Livingston, Texas 77351
      (936) 967-8082,

      Mr. Boyd currently serves as a Correctional Officer ("C/O") III for the Texas Department of Criminal Justice's Polunsky Unit. This officer is expected to testify about his interactions with Rivera and general impression of Rivera's mental abilities and level of functioning.

6.    **Cecile Miller**
      Allan B. Polunsky Unit
      3872 FM 350 South
      Livingston, Texas 77351
      (936) 967-8082,

      Ms. Miller currently serves as a Correctional Officer ("C/O") V for the Texas Department of Criminal Justice's Polunsky Unit. This officer is expected to testify about his interactions with Rivera and general impression of Rivera's mental abilities and level of functioning.

7.    **Roy Simon**
      Allan B. Polunsky Unit
      3872 FM 350 South
      Livingston, Texas 77351
      (936) 967-8082

      Mr. Simon works as a disciplinary hearings officer at the Polunsky Unit. This witness is expected to testify regarding his interactions with Rivera during incidents in which he was assigned to represent Rivera at prison disciplinary hearings and his general impression of Rivera's mental ability and level of functioning.

8.    **Dr. Roger Saunders**
      Dr. Roger Saunders, Ph.D., P.C.
      2300 Holloman Street, Suite 204

3

Conroe, Texas 77301-1466
(936) 539-2225
(936) 539-2312 fax

Dr. Saunders is a clinical psychologist. He is expected to testify regarding his evaluation of Rivera's I.Q.; whether or not Rivera was malingering or faking his test results; and whether I.Q. testing performed by Rivera's own expert accurately reflects Rivera's I.Q. Dr. Saunders is also expected to testify regarding his assessment of Rivera's level of adaptive functioning, based both on his interview with Rivera at the Polunsky Unit and on his review of the trial record and documentary evidence. This witness is further expected to testify regarding the significance of any evidence presented by Rivera and whether such evidence establishes or suggests mental retardation.

## RESERVATION OF RIGHTS

The Director reserves the right to add additional necessary witnesses after the undersigned receives Rivera's witness list.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON CLEMMER
Acting Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

4

_Katherine D Hayes_
KATHERINE D. HAYES*
Assistant Attorney General
*Attorney-in-charge
State Bar No. 00796729
Southern Dist. No. 22698

Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 936-1600
Telecopier:  (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been served by faxing same to opposing counsel Max Hendrick, III as per previous agreement (at 713-615-5251) and by placing same in overnight mail delivery, postage prepaid, on this Tuesday, December 30, 2003, addressed to:

Max Hendrick, III
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760
contact # (713) 758-2546

_Katherine D Hayes_
KATHERINE D. HAYES
Assistant Attorney General

5