

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ALFREDO RIVERA,  § <br> Petitioner,  § <br>  § <br> v.  § <br>  § <br> DOUG DRETKE, Director,  § <br> Texas Department of Criminal Justice,  § <br> Correctional Institutions Division,  § <br> Respondent.  § | Civil Action No. B-03-139 <br> **CAPITAL LITIGANT** |

### RESPONDENT'S EXHIBIT LIST

Pursuant to the joint advisory filed by the parties, the parties agreed to exchange witness and exhibit lists by Tuesday December 30, 2003. *See* Civil Docket Entry # 26. In compliance therewith, Respondent Doug Dretke, Director of the Texas Department of Criminal Justice's Correctional Institutions Division timely files this Exhibit List.

| Exh. # | Description | Identifier | Ruling |
|---|---|---|---|
| 1 | Dr. Roger Saunders' admonitions, interview notes, test results & vita | SAUN 001 - SAUN 022 | |
| 2 | Dr. Gilda Kessner's test results & interview notes | KESN 001 - KESN 038 | |
| 3 | Dr. Richard Garnett's July 31, 2003 consultation report | GARN 001 - GARN 007 | |
| 4 | Rules for Licensed Professional Counselors (Tex. Adm. Code) | LPC 001 - LPC 034 | |

| 5 | Rules for Marriage & Family Therapists (Tex. Adm. Code) | MFT 001 - MFT 064 | |
|---|---|---|---|
| 6 | Brownsville I.S.D. school records | BISD 001- BISD 074 | |
| 7 | Windam prison system school records | WYN 001 - WYN 005 | |
| 8 | Salvation Army Bible correspondence course (vol. 1-4) | SALV 001- SALV 0454 | |
| 9 | Salvation Army Bible correspondence course (vol. 5-8) | SALV 0455 - SALV 0678 | |
| 10 | Library records - Polunsky Unit | LIB 001 - LIB 006 | |
| 11 | Book - "Dances With Wolves" by Michael Blake (1988) | BOOK | |
| 12 | Book - "Mustang Man" by Louis L'amour (1966) | BOOK | |
| 13 | Book - "Brain Child" by John Saul (1985) | BOOK | |
| 14 | Book - "Season of Passion" by Danielle Steel (1979) | BOOK | |
| 15 | Rivera's 7/10/93 statement to authorities | JRIV 001- JRIV 002 | |
| 16 | Rivera's 7/11/93 statement to authorities | JRIV 003 - JRIV 005 | |

| 17 | Transcript of Rivera's videotaped confession | JRIV 006 - JRIV 029 | |
|---|---|---|---|
| 18 | Videotape of confession (*admitted at trial as State's Exhibit 11) | VIDEOTAPE | |
| 19 | Audio cassette tape recording of news conference (*admitted at trial as State's Exhibit 29) | CASSETTE TAPE | |
| 20 | Brownsville P.D. - response to Rivera's open records request | BPD 001- BPD 064 | |
| 21 | Clemency Petition | CLEM 001- CLEM 061 | |
| 22 | Supplemental Clemency Petition | CLEM 062- CLEM 077 | |
| 23 | TDCJ Unit File - affidavit for all unit file records + classification records | TDCJ 001- TDCJ 052 | |
| 24 | TDCJ Unit File - property records | TDCJ 053A - TDCJ 075 | |
| 25 | TDCJ Unit File - segregation confinement & administrative segregation records | TDCJ 076- TDCJ 0113 | |
| 26 | TDCJ Unit File - transfer records | TDCJ 0114 - TDCJ 0167 | |
| 27 | TDCJ Unit File - execution records | TDCJ 0168 - TDCJ 0176 | |
| 28 | TDCJ Unit File - visitor records | TDCJ 0177 - TDCJ 0258 | |
| 29 | TDCJ Unit File - disciplinary records | TDCJ 0259 - TDCJ 0366 | |

| 30 | TDCJ Unit File - misc. records | TDCJ 0367 - TDCJ 0376 | |
|---|---|---|---|
| 31 | Disciplinary record for Nov. 2003 offense (occurred after records submitted by TDCJ for Exh. #29) | DISC 001 - DISC | |
| 32 | Medical & psychiatric records from current incarceration (3 volumes) | MED 001 - MED 0587 | |
| 33 | Prior Incarceration - unit file & medical records | PINC 001- PINC 0230 | |
| 34 | UTMB medical records - from current incarceration | UTMB 001- UTMB 0222 | |
| 35 | Grievance filed by Rivera | GRV 001- GRV 007 | |
| 36 | Commissary records | COMM 001 - COMM 032 | |
| 37 | Marriage & divorce records | FAM 001- FAM 028 | |
| 38 | Rivera's Habeas Affidavits | AFF 001- AFF 0017 | |
| 39 | Tropical TX Center medical records | TTC 001- TTC 009 | |
| | | | |

## CONCLUSION

The Director respectfully asks that the Court take notice of this preliminary exhibit list.

                    Respectfully submitted,

                    GREG ABBOTT
                    Attorney General of Texas

                    BARRY R. McBEE
                    First Assistant Attorney General

                    DON CLEMMER
                    Acting Deputy Attorney General
                    for Criminal Justice

                    GENA BUNN
                    Assistant Attorney General
                    Chief, Postconviction Litigation Division

                    */s/ Katherine D. Hayes*
                    _____
                    KATHERINE D. HAYES*
                    Assistant Attorney General
                    *Attorney-in-charge
                    State Bar No. 00796729
                    Southern District No. 22609

                    Office of the Attorney General
                    Postconviction Litigation Division
                    P.O. Box 12548, Capitol Station
                    Austin, Texas 78711-2548
                    Telephone: (512) 936-1600
                    Telecopier: (512) 320-8132

                    ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been served by faxing same to opposing counsel Max Hendrick, III as per previous agreement (at 713-615-5251) and by placing same in overnight mail delivery, postage prepaid, on this Tuesday, December 30, 2003, addressed to:

Max Hendrick, III
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760
contact # (713) 758-2546

*Katherine D Hayes*
KATHERINE D. HAYES
Assistant Attorney General