IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ALFREDO RIVERA, § | |
|     *Petitioner*, § | |
| V.- § | NO. B-03-139 |
| § | |
| DOUG DRETKE, Director, Texas § | |
| Department of Criminal Justice, § | |
| Institutional Division, § | |
|     *Respondent*. § | |

## PETITIONER'S WITNESS LIST

    Petitioner Jose Alfredo Rivera intends to call the following witnesses to testify on his behalf at the hearing in these proceedings scheduled for January 7, 2004:

1.    Gilda Kessner, Psy.D., P.C.
       P. O. Box 224812
       Dallas, Texas 75222-4812
       Phone:  214-455-7692
       Fax:     214-428-0460

    Expert witness to testify on psychological testing, test results and psychological evaluation of Petitioner as set forth in her report dated December 22, 2003.

2.    Richard E. Garnett, Ph.D.
       6040 Camp Bowie Blvd.
       Fort Worth, Texas 76116
       Phone:  817-377-2252
       Fax:     817-927-2073

    Expert witness to testify as to Petitioner's mental retardation as set forth in his initial consultation report dated July 31, 2003, and final report dated December 29, 2003.

3.    Hugh Albright
       1227 Loma Verde Drive
       Brownsville, Texas 78526

    Former teacher of Jose Alfredo Rivera who will testify concerning Petitioner's subaverage academic performance as set forth in the witness' affidavit, dated June 27, 2003.

  4.  Esmeralda Maciel
    403B San Cristobal
    Brownsville, Texas 78520

Oldest sister of Petitioner who will testify on certain aspects of Petitioner's life history as set forth in her affidavit dated June 18, 2003.

  5.  Maria Juanita Perades
    1955 East Harrison
    Brownsville, Texas 78520
    Phone: 956-485-2601

Youngest sister of Petitioner who will testify to certain aspects of Petitioner's life history as set forth in her affidavit dated June 27, 2003.

Petitioner respectfully reserves the right to call any witness listed on Respondent's Witness List and any other person necessary to rebut the evidence presented by Respondent.

                Respectfully submitted,

                _Max Hendrick_
                Max Hendrick, III
                Attorney-in-Charge
                Southern District Bar No. 0518
                Texas State Bar No. 09450000
                Vinson & Elkins L.L.P.
                1001 Fannin St., Suite 2300
                Houston, Texas 77002-6760
                Phone: 713-758-2546
                Fax:  713-615-5251

OF COUNSEL:
Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2222
Fax:  713-615-5258

                **ATTORNEYS FOR PETITIONER**
                **JOSE ALFREDO RIVERA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2003, a copy of this document was served on the Respondent via facsimile and U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

                                                                                 _____
                                                                                       Max Hendrick, III

1469798_1.DOC