IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| Respondent. | § | |

## PETITIONER'S EXHIBIT LIST

Petitioner Jose Alfredo Rivera intends to introduce into evidence the following exhibits at the Evidentiary Hearing scheduled to commence on January 7, 2004:

| Petitioner's Exhibit No. | Description of Exhibit |
|---|---|
| 1. | Dr. Gilda Kessner's Resume |
| 2. | Dr. Gilda Kessner's Report on Jose Alfredo Rivera, dated December 22, 2003 |
| 3. | Dr. Richard E. Garnett's Resume |
| 4. | AAMR Definition of Mental Retardation |
| 5. | Excerpt from Diagnostic and Statistical Manual of Mental Disorders, 4th Ed., Text Revision, Mental Retardation section, pages 41-49. |
| 6. | Dr. Garnett's Initial Consultation Report on Jose Alfredo Rivera, dated July 31, 2003 |
| 7. | Declaration of David Moron, M.D., dated August 1, 2003 |
| 8. | Texas Education Agency Records for Jose Alfredo Rivera |
| 9. | Affidavit of Hugh Albright, dated June 27, 2003 |
| 10. | Brownsville I.S.D. School Records for Jose Alfredo Rivera |

| **Petitioner's Exhibit No.** | **Description of Exhibit** |
|---|---|
| 11. | Affidavit of Roberto X. Moreno, dated June 27, 2003 |
| 12. | Affidavit of Maria Juanita Rivera, dated June 27, 2003 |
| 13. | Affidavit of Esmeralda Maciel, dated June 18, 2003 |
| 14. | Affidavit of Alma Lagarda, dated June 19, 2003 |
| 15. | Affidavit of Lupita Rodriguez, dated June 18, 2003 |
| 16. | Affidavit of Dora Garza, dated June 28, 2003 |
| 17. | Affidavit of Alfredo Rivera, dated June 27, 2003 |
| 18. | Affidavit of Veronica Zavala, dated May 18, 2001 |
| 19. | Affidavit of Joe Angel Garza, dated May 14, 2001 |
| 20. | Affidavit of Larry Warner, dated May 18, 2001 |
| 21. | Affidavit of Lupita Rodriguez, dated May 20, 2001 |
| 22. | Report by Pedro Ruggero, M.D., dated January 10, 1985 (from Tropical Health Center MHMR records) |
| 23. | Report of Geraldine Davila, M.D., dated February 17, 1989 (from Tropical Health Center MHMR records) |
| 24. | Dr. Garnett's Report on Jose Alfredo Rivera, dated December 28, 2003 |
| 25. | Supplemental Brownsville Independent School District records for Jose Alfredo Rivera |
| 26. | Windham School District records for Jose Alfredo Rivera |
| 27. | Letters from Jose Alfredo Rivera to family members |

In addition to the foregoing exhibits, Petitioner reserves the right to rely on any exhibits contained on Respondent's Exhibit List or other documents that may be necessary to rebut evidence presented by Respondent.

Respectfully submitted,

*/s/ Max Hendrick III*

Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:   713-758-2546
Fax:     713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:   713-758-2222
Fax:     713-615-5258

**ATTORNEYS FOR PETITIONER
JOSE ALFREDO RIVERA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2003, a copy of this document was served on the Respondent via facsimile and U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

*/s/ Max Hendrick III*

Max Hendrick, III

1469772_1.DOC

3