United States District Court
Southern District of Texas
FILED

JAN 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, § | C.A. NO. B-03-139 | |
| Petitioner, § | | |
| § | JUDGE FILEMON B. VELA | |
| VS. § | | |
| § | | |
| DOUG DRETKE, Director, Texas § | _____ | _____ |
| Department of Criminal Justice, § | Clerk | Court Reporter |
| Institutional Division, § | | |
| Respondent. § | PROCEEDING: EVIDENTIARY HEARING | |

**REVISED EXHIBIT LIST OF PETITIONER
JOSE ALFREDO RIVERA**

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADMIT |
|---|---|---|---|---|---|
| 1. | Dr. Gilda Kessner's Resume | | | | |
| 2. | Dr. Gilda Kessner's Report on Jose Alfredo Rivera, dated Dec. 22, 2003 | | | | |
| 3. | Dr. Richard E. Garnett's Resume | | | | |
| 4. | AAMR Definition of Mental Retardation | | | | |
| 5, | Excerpt from Diagnostic and Statistical Manual of Mental Disorders, 4th Ed., Text Revision, Mental Retardation section, pages 41-49 | | | | |
| 6. | Dr. Garnett's Initial Consultation Report on Jose Alfredo Rivera, dated July 31, 2003 | | | | |
| 7. | Declaration of David Moron, M.D., dated August 1, 2003 | | | | |
| 8. | Texas Education Agency Records for Jose Alfredo Rivera | | | | |
| 9. | Affidavit of Hugh Albright, dated June 27, 2003 | | | | |
| 10. | Brownsville I.S.D. School Records for Jose Alfredo Rivera | | | | |
| 11. | Affidavit of Roberto X. Moreno, dated June 27, 2003 | | | | |
| 12. | Affidavit of Maria Juanita Rivera, dated June 27, 2003 | | | | |
| 13. | Affidavit of Esmeralda Maciel, dated June 18, 2003 | | | | |

1472098_1.DOC

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| 14. | Affidavit of Alma Lagarda, dated June 19, 2003 | | | | |
| 15. | Affidavit of Lupita Rodriguez, dated June 18, 2003 | | | | |
| 16. | Affidavit of Dora Garza, dated June 28, 2003 | | | | |

                                            Respectfully submitted,

                                            */s/ Max Hendrick, III*
                                            Max Hendrick, III
                                            Attorney-in-Charge
                                            Southern District Bar No. 0518
                                            Texas State Bar No. 09450000
                                            Vinson & Elkins L.L.P.
                                            1001 Fannin St., Suite 2300
                                            Houston, Texas 77002-6760
                                            Phone:  713-758-2546
                                            Fax:     713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2222
Fax:    713-615-5258

                                            **ATTORNEYS FOR PETITIONER**
                                            **JOSE ALFREDO RIVERA**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2004, a copy of this revised list was served on the Respondent via facsimile and U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

                                                                    _____
                                                                    Max Hendrick, III

1472098_1.DOC