35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA,<br>*Petitioner*, | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-139 |
| DOUG DRETKE, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division,<br>*Respondent*. | § § § § § | |

### PETITIONER'S OBJECTIONS TO RESPONDENT'S EXHIBITS

TO THE HONORABLE JUDGE FILEMON B. VELA:

Petitioner Jose Alfredo Rivera ("Mr. Rivera" or "Petitioner") respectfully files the following objections to Respondent's proposed exhibits as follows:

| Exh. # | Description | Objection | Ruling |
|---|---|---|---|
| 4 | Rules for Licensed Professional Counselors (TEX. ADM. CODE) | Relevance. FED. R. EVID. 401 | |
| 5 | Rules for Marriage & Family Therapists (TEX. ADM. CODE) | Relevance. FED. R. EVID. 401 | |
| 8 | Salvation Army Bible correspondence course (vol. 1-4) | Records incomplete.<br><br>No proper authentication. FED. R. EVID. 901 | |
| 9 | Salvation Army Bible correspondence course (vol. 5-8) | Records incomplete.<br><br>No proper authentication. FED. R. EVID. 901 | |
| 15 | Rivera's 7/10/93 statement to authorities | Relevance. FED. R. EVID. 401<br>Any possible relevance outweighed by danger of unfair prejudice<br>FED. R. EVID. 403 | |
| 16 | Rivera's 7/11/93 statement to authorities | Relevance. FED. R. EVID. 401<br>Any possible relevance outweighed by danger of unfair prejudice<br>FED. R. EVID. 403 | |

1473707_1.DOC

| Exh. # | Description | Objection | Ruling |
|---|---|---|---|
| 17 | Transcript of Rivera's videotape confession | Relevance. FED. R. EVID. 401<br>Any possible relevance outweighed by danger of unfair prejudice<br>FED. R. EVID. 403 | |
| 18 | Videotape confession (admitted at trial as State's Exhibit 1) | Relevance. FED. R. EVID. 401<br>Any possible relevance outweighed by danger of unfair prejudice<br>FED. R. EVID. 403 | |
| 19 | Audiocassette recording of news conference (admitted at trial as State's Exhibit 29) | Relevance. FED. R. EVID. 401<br>Any possible relevance outweighed by defense of unfair prejudice<br>FED. R. EVID. 403 | |

WHEREFORE, Petitioner Jose Alfredo Rivera respectfully prays that the foregoing objections to Respondent's exhibits be sustained.

Respectfully submitted,

*Max Hendrick, III*

Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2546
Fax: 713-615-5251

OF COUNSEL:
Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2222
Fax: 713-615-5258

**ATTORNEYS FOR PETITIONER
JOSE ALFREDO RIVERA**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2004, a copy of this document was served on the Respondent via facsimile and U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

_Max Hendrick III_
Max Hendrick, III