United States District Court
Southern District of Texas
FILED

JAN 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner,* | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent.* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE FILEMON B. VELA:

Petitioner Jose Alfredo Rivera files this Notice of Appearance of additional counsel to participate in the Evidentiary Hearing scheduled in the captioned matter to commence January 7, 2004:

>William E. Lawler, III
>Vinson & Elkins L.L.P.
>1455 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-1008
>Phone: 202-639-6500
>Fax: 202-639-6604

Mr. Lawler is admitted to practice before the United States District Court for the Southern District of Texas (SD Bar No. 29514), and is a partner in the same law firm as the undersigned Attorney-in-Charge. This Notice of Appearance is filed to apprise the Court that Mr. Lawler will participate jointly with the undersigned Attorney-in-Charge in the presentation of evidence at the aforementioned hearing.

                                              Respectfully submitted,

                                              */s/ Max Hendrick, III*
                                              Max Hendrick, III
                                              Attorney-in-Charge
                                              Southern District Bar No. 0518
                                              Texas State Bar No. 09450000
                                              Vinson & Elkins L.L.P.
                                              1001 Fannin St., Suite 2300
                                              Houston, Texas 77002-6760
                                              Phone:  713-758-2546
                                              Fax:     713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:  713-758-2222
Fax:     713-615-5258

William E. Lawler, III
Vinson & Elkins L.L.P.
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1008
Phone:  202-639-6500
Fax:     202-639-6604

                                              **ATTORNEYS FOR PETITIONER**
                                              **JOSE ALFREDO RIVERA**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 5, 2003, a copy of this Notice of Appearance was served on the Respondent via facsimile and U.S. Mail at the following address:

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

                _____
                Max Hendrick, III

1474713_1.DOC