Case 1:03-cv-00139  Document 38  Filed in TXSD on 01/07/2004  Page 1 of 3

38

AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Texas
FILED

JAN 07 2004

Michael N. Milby, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

JOSE ALFREDO RIVERA
V.
DOUG DRETKE

EXHIBIT AND WITNESS LIST

CASE NUMBER: B-03-CV-139

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Filemon B. Vela | Katherine Hayes | Max Hendrick |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/7/04 → | William G. Holloway | |

| PET. PLF. NO. | RES. DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 1/7/04 | ✓ | ✓ | Dr. Gilda Kessner's Resume |
| 2 | | 1/7/04 | ✓ | ✓ | Dr. Gilda Kessner's Report on Jose A. Rivera (12/22/03) |
| 4 | | 1/7/04 | ✓ | ✓ | AAMR Definition of Mental Retardation |
| 5 | | 1/7/04 | ✓ | ✓ | Excerpt from Diagnostic & Statistical Manual of Mental Disorders 4th Ed. Text revision (pp. 41-49) |
| | 2 | 1/7/04 | ✓ | ✓ | Dr. Gilda Kessner's test results & interview notes |
| | 11 | 1/7/04 | ✓ | | "Dances With Wolves" - Michael Blake (1988) |
| | 12 | 1/7/04 | ✓ | | "Mustang Man" - Louis L'amour (1966) |
| | 13 | 1/7/04 | ✓ | | "Brain Child" - John Saul (1985) |
| | 14 | 1/7/04 | ✓ | | "Season of Passion" - Danielle Steel (1979) |
| | 10 | 1/7/04 | ✓ | ✓ | Library records - Polunsky Unit |
| | 20 | 1/7/04 | ✓ | ✓ | Brownsville Police Department - response to Rivera's open records request |
| 12 | | 1/7/04 | ✓ | ✓ | Affidavit of Maria Juanita Rivera (6/27/03) |
| 13 | | 1/7/04 | ✓ | ✓ | Affidavit of Esmeralda Maciel (6/18/03) |
| 9 | | 1/7/04 | ✓ | ✓ | Affidavit of Hugh Albright (6/27/03) |
| 3 | | 1/7/04 | ✓ | ✓ | Dr. Richard E. Garnett's Resume |
| 6 | | 1/7/04 | ✓ | ✓ | Dr. Garnett's Initial Consultation Report on Rivera (7/31/03) |
| 7 | | 1/7/04 | ✓ | ✓ | Declaration of David Moron, M.D. (8/1/03) |
| 8 | | 1/7/04 | ✓ | ✓ | Texas Education Agency Records for Rivera |
| 10 | | 1/7/04 | ✓ | ✓ | Brownsville ISD School Records for Rivera |
| 11 | | 1/7/04 | ✓ | ✓ | Affidavit of Roberto X. Moreno (6/27/03) |
| 14 | | 1/7/04 | ✓ | ✓ | Affidavit of Alma Lagarda (6/19/03) |
| 15 | | 1/7/04 | ✓ | ✓ | Affidavit of Lupita Rodriguez (6/18/03) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87) ®                               EXHIBIT ~~AND WITNESS~~ LIST – CONTINUATION

Jose Alfredo Rivera    VS.    Doug Dretke                CASE NO. 3-03-CV-139

| PET PLF. NO. | RES DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS ~~AND WITNESSES~~ |
|---|---|---|---|---|---|
| 16 | | 1/7/04 | ✓ | ✓ | Affidavit of Dora Garza (6/28/03) |
| 17 | | 1/7/04 | ✓ | ✓ | Affidavit of Alfredo Rivera (6/27/03) |
| 18 | | 1/7/04 | ✓ | ✓ | Affidavit of Veronica Zavala (5/18/01) |
| 19 | | 1/7/04 | ✓ | ✓ | Affidavit of Joe Angel Garza (5/14/01) |
| 20 | | 1/7/04 | ✓ | ✓ | Affidavit of Larry Warner (5/18/01) |
| 21 | | 1/7/04 | ✓ | ✓ | Affidavit of Lupita Rodriguez (5/20/01) |
| 22 | | 1/7/04 | ✓ | ✓ | Report by Pedro Ryggero, M.D. (1/10/85) – Tropical Health Ctr |
| 23 | | 1/7/04 | ✓ | ✓ | Report by Geraldine Davila, M.D. (2/17/89) – Tropical Health Ctr |
| 24 | | 1/7/04 | ✓ | ✓ | Dr. Garnett's Report on Rivera (12/28/03) |
| 25 | | 1/7/04 | ✓ | ✓ | Supplemental Brownsville ISD Records for Rivera |
| 26 | | 1/7/04 | ✓ | ✓ | Windham ISD Records for Rivera |
| 27 | | 1/7/04 | ✓ | ✓ | Letters from Rivera to family members |
| | 8 | 1/8/04 | ✓ | ✓ | Salvation Army Bible Correspondence Course – Vol. 1-4 |
| | 9 | 1/8/04 | ✓ | ✓ | Salvation Army Bible Correspondence Course – Vol. 5-8 |
| | 36 | 1/8/04 | ✓ | ✓ | Commissary Records |
| | 24 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Property Records |
| | 40 | 1/8/04 | ✓ | ✓ | TDCJ Offender Property Inventory (1/6/04) |
| | 29 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Disciplinary Records |
| | 31 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Disciplinary Records (11/03) |
| | 1 | 1/8/04 | ✓ | ✓ | Dr. Roger Saunders' admonitions, notes, test results, vita |
| | 2 | 1/8/04 | ✓ | previously admitted | Dr. Gilda Kessner's Test Results & Notes |
| | 3 | 1/8/04 | ✓ | previously admitted | Dr. Richard Garnett's Consultation Report (7/31/03) |
| | 6 | 1/8/04 | ✓ | ✓ | Brownsville ISD School Records |
| | 7 | 1/8/04 | ✓ | ✓ | Windam Prison System School Records |
| | 23 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Affidavit for Records & Classification Records |
| | 24 | 1/8/04 | ✓ | previously admitted | TDCJ Unit File – Property Records |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)      **EXHIBIT ~~AND WITNESS~~ LIST – CONTINUATION**

VS.

CASE NO. B-03-CV-139

| PET. ~~PLF.~~ NO. | RES. ~~DEF.~~ NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS ~~AND WITNESSES~~ |
|---|---|---|---|---|---|
|  | 25 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Segregation Records |
|  | 26 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Transfer Records |
|  | 27 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Execution Records |
|  | 28 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Visitor Records |
|  | 29 | 1/8/04 | ✓ | previously admitted ✓ | TDCJ Unit File – Disciplinary Records |
|  | 30 | 1/8/04 | ✓ | ✓ | TDCJ Unit File – Misc. Records |
|  | 15 | 1/8/04 | ✓ | ✓ | Rivera's statement to Authorities (7/10/93) |
|  | 16 | 1/8/04 | ✓ | ✓ | Rivera's statement to Authorities (7/11/93) |
|  | 17 | 1/8/04 | ✓ | ✓ | Transcript of Rivera's videotaped confession |
|  | 20 | 1/8/04 | ✓ | previously admitted | Brownsville Police Department – response to Rivera's open records request |
|  | 21 | 1/8/04 | ✓ | ✓ | Clemency Petition |
|  | 22 | 1/8/04 | ✓ | ✓ | Supplemental Clemency Petition |
|  | 18 | 1/8/04 | ✓ | ✓ | Videotape of Confession |
|  | 32 | 1/8/04 | ✓ | ✓ | Medical & Psychiatric Records (from Current Incarceration) |
|  | 34 | 1/8/04 | ✓ | ✓ | UTMB Medical Records (from Current Incarceration) |
|  | 35 | 1/8/04 | ✓ | ✓ | Grievance Filed By Rivera |
|  | 37 | 1/8/04 | ✓ | ✓ | Marriage & Divorce Records |
|  | 38 | 1/8/04 | ✓ | ✓ | Rivera's Habeas Affidavits |
|  | 39 | 1/8/04 | ✓ | ✓ | Tropical TX Center Medical Records |
|  | 33 | 1/8/04 | ✓ | ✓ | Unit File & Medical Records (from Prior Incarceration) |
| 28 |  | 1/8/04 | ✓ | ✓ | TX MHMR – "What Is Mental Retardation?" |

Page 3 of 3 Pages