# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JAN 07 2004

Michael N. Milby, Clerk of Court

JUDGE   FILEMON B. VELA

CASE MANAGER   Maria F. Garza

COURT REPORTER: Bill Holloway   LAW CLERK   David Walton

INTERPRETER:   None

DATE:   1/7/04          TIME:   8:40 am   /   6:00 pm
                                 Begin           End

************************************************************************

CIVIL ACTION NO.   B-03-139

JOSE ALFREDO RIVERA                      MAX HENDRICK, III
                                          WILLIAM LAWLER, III

VS

JANE COCKRELL                            KATHERINE D. HAYES
                                          TINA J. DETTMER

Petitioner Jose Alfredo Rivera's Motion to Exclude Dr. Roger Dean Saunders's Testimony filed in courtroom.
8:40 a.m. - Case called for evidentiary hearing. All parties present and announced ready to proceed. Petitioner's witness Gilda Kessner, Psy.D., P.C. testified.
10:40 a.m. - Case recessed for 15 min.
10:55 a.m. - Hearing resumed. Witnesses Maria Juanita Perades, Esmeralda Maciel and Hugh Albright testified.
12:00 - Hearing adjourned for lunch until 1:30 p.m.
1:00 p.m. - Hearing resumed and Witness Richard E. Garnett, Ph.D. Court took a short recess at 3:30 p.m. and then resumed with Dr. Garnett still on the stand.
6:00 p.m. - Recessed until tomorrow, January 8, 2004 at 8:15 a.m.

(Petitioner's Exhibits offered and admitted: 1-27)
(Respondent's Exhibits offered and admitted: 2, 10, 20)