United States District Court
Southern District of Texas
FILED

JAN 08 2004

Michael N. Milby, Clerk of Court

# COURTROOM MINUTES

JUDGE     **FILEMON B. VELA**

CASE MANAGER     **Maria F. Garza**

COURT REPORTER: **Bill Holloway**     LAW CLERK     **David Walton**

INTERPRETER:     **None**

DATE:  **1/8/04**          TIME:     **8:15 am**     /     **5:00 pm**
                                      Begin              End

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.     **B-03-139**

| JOSE ALFREDO RIVERA | MAX HENDRICK, III |
|---|---|
|  | WILLIAM LAWLER, III |
| VS |  |
| JANE COCKRELL | KATHERINE D. HAYES |
|  | TINA J. DETTMER |

8:15 a.m. - Case resumed. Respondent's witnesses Jose Esquivel and Kathryn Cox, Steven F. Hillman, Christy Howell, Boyd Lamb, Cecile Miller and Roy Simon testified.
10:30 a.m. - Court recessed for 15 min.
10:45 a.m. - Hearing resumed. Witness Roy Simon continued testifying.
11:30 a.m. - Court breaks for lunch until 1:00 pm.
1:00 p.m.   - Hearing resumed with witness Roy Simon still on the stand. Witness Roger Sauders called to testify.
3:15 p.m.   - Court recesses for short break.
3:30 p.m.   - Petitioner calls rebuttal witness Richard E. Garnett, Ph.D. to the stand. Both parties close. COURT DIRECTS THE PARTIES TO SUBMIT 10 PAGE BRIEFS WITHIN 20 DAYS. EACH PARTY TO FILE FIVE PAGE REBUTTAL BY FEBRUARY 5, 2004.