IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent | § | |

**RESPONDENT'S NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE FILEMON B. VELA:

Respondent Doug Dretke files this Notice of Appearance of additional counsel to participate in the evidentiary hearing scheduled to commence Wednesday, January 7, 2004:

TINA J. DETTMER
Assistant Attorney General
Texas Bar No. 24026139
Southern District Admission No. 31496

This notice is filed to apprise the Court that Ms. Dettmer will participate jointly with the undersigned Attorney-in-Charge in the presentation of evidence at the hearing.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON CLEMMER
Acting Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

*Attorney-in-charge

*[signature: Katherine D Hayes]*
KATHERINE D. HAYES*
Assistant Attorney General
State Bar No. 00796729
Southern District No. 22698

Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this pleading has been served by faxing same to opposing counsel Max Hendrick, III (at 713-615-5251) and by placing a copy in the United States mail, postage prepaid, on this Monday, January 5, 2004, addressed to:

Max Hendrick, III
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

*[signature: Katherine D Hayes]*
KATHERINE D. HAYES
Assistant Attorney General

-2-