Case 1:03-cv-00139   Document 44   Filed in TXSD on 01/20/2004   Page 1 of 1

United States District Court
Southern District of Texas
FILED

JAN 2 0 2004

Michael N. Milby
Clerk of Court

```
                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

JOSE ALFREDO RIVERA         )
                            )
                            ) CIVIL ACTION NO.
VS.                         ) B-03-139
                            )
DOUG DRETKE, DIRECTOR, TEXAS)
DEPARTMENT OF CRIMINAL JUSTICE, )
INSTITUTIONAL DIVISION      )
                            )

                        EVIDENTIARY HEARING
              BEFORE THE HONORABLE FILEMON B. VELA
                         JANUARY 7, 2004
                        AFTERNOON SESSION
                           VOLUME 2

APPEARANCES:

For the Petitioner:         MR. MAX HENDRICK, III
                            MR. WILLIAM E. LAWLER, III
                            Vinson & Elkins
                            2500 First City Tower
                            1001 Fannin
                            Houston, Texas   77002-6760


For the Respondent:         MS. KATHERINE D. HAYES
                            MS. TINA J. DETTMER
                            Assistant Attorney General
                            P.O. Box 12548
                            Austin, Texas   78711-2548


Transcribed by:             BARBARA BARNARD
                            Official Court Reporter
                            600 E. Harrison, Box 301
                            Brownsville, Texas   78520
                            (956)548-2591

**CERTIFIED COPY**