```
                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
JAN 2 0 2004
Michael N. Milby
Clerk of Court

|   |   |
|---|---|
| JOSE ALFREDO RIVERA | ) |
|  | ) |
|  | ) CIVIL ACTION NO. |
| VS. | ) B-03-139 |
|  | ) |
| DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | ) |

EVIDENTIARY HEARING
BEFORE THE HONORABLE FILEMON B. VELA
JANUARY 8, 2004
VOLUME 3

APPEARANCES:

For the Petitioner:   MR. MAX HENDRICK, III
                      MR. WILLIAM E. LAWLER, III
                      Vinson & Elkins
                      2500 First City Tower
                      1001 Fannin
                      Houston, Texas   77002-6760


For the Respondent:   MS. KATHERINE D. HAYES
                      MS. TINA J. DETTMER
                      Assistant Attorney General
                      P.O. Box 12548
                      Austin, Texas   78711-2548


Transcribed by:       BARBARA BARNARD
                      Official Court Reporter
                      600 E. Harrison, Box 301
                      Brownsville, Texas   78520
                      (956)548-2591

**CERTIFIED COPY**