IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent | § | |

**AGREED MOTION TO CONTINUE POST-HEARING BRIEFING**

This case involves a successive writ of habeas corpus filed by Petitioner Jose Alfredo Rivera ("Rivera") in which he argues that his execution is barred by *Atkins v. Virginia,* 536 U.S. 304 (2002), because he is mentally retarded. On January 8, 2004, at the conclusion of a two day evidentiary hearing, the Court directed each party to submit a ten page brief by January 31, 2003. 3 FH 470.[1] Because January 31st is a Saturday, the briefing is now due filed by Friday, January 30, 2004. This motion follows.

**REASONS FOR REQUESTING CONTINUANCE**

Thirteen witnesses testified during the federal hearing -- Rivera presented testimony from two experts and three lay witnesses, whereas Respondent Doug Dretke ("the Director") presented testimony from one expert and seven lay witnesses. It is thus imperative that the parties have copies of the hearing transcript in order to point the Court to specific passages

---

[1] "FH" stands for the federal hearing transcript, preceded by volume and followed by page reference.

of testimony and to comply with the Court's directive. However, as of the date of filing this motion, the hearing transcript remains incomplete and insufficient time remains for the parties to make adequate and effective use of the transcripts which have been provided..

Both parties have now received from court reporter Barbara Barnard a transcript for the Wednesday, January 7th afternoon session of the hearing, and a transcript for the full day of testimony on Thursday, January 8th. Rivera's attorneys received their copy today (January 22nd) while the Director's counsel received a copy only yesterday. Neither party has received a transcript from the January 7th morning session which was covered by court reporter William Holloway. Today, Mr. Holloway told undersigned counsel that because of impending deadlines on prior commitments, he has not yet begun transcribing his part of the Rivera hearing but he anticipates having the transcript finished by the end of next week.

To ensure that the Court has received the briefing in advance of its January 30th deadline, the parties will have to overnight their briefs on Thursday, January 29th for delivery the following day. Yet if the Rivera transcript is not finished until the end of next week, then, absent a continuance by the Court, no specific record cites nor passages of testimony from the January 7th morning session can be included in the briefing. As the Court will surely remember, the vast majority of the January 7th morning session was devoted to testimony from Rivera's expert Dr. Gilda Kessner regarding her credentials, her interview with Rivera, her I.Q. testing, and her opinions regarding his intellectual status, and Dr. Kessner was cross-examined at length regarding the same. The parties must be allowed the

-2-

opportunity to provide briefing to the Court regarding Dr. Kessner and, consequently, request a continuance in order to do so.

Finally, because the transcripts from the remainder of the hearing were only just received by both parties one week before the briefing needs to be finalized, insufficient time remains to read the voluminous record, to locate the supporting cites, and to draft, limit, and finalize briefing into no more than ten pages.

## CONCLUSION

For the above reasons, the Director asks that his agreed motion for continuance be granted, and that the Court extend the current deadline of Friday, January 30th for post-hearing briefing for one week until Friday, February 6, 2004. Additionally, the Director asks that the ten day time period allowed by the Court for the parties to file their five page reply briefs remain the same, such that any reply brief must be received by the Court by no later than Monday, February 16, 2004.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON CLEMMER
Acting Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division


*Attorney-in-charge

*[signature: Katherine D Hayes]*
KATHERINE D. HAYES*
Assistant Attorney General
State Bar No. 00796729
Southern District No. 22698

Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT


## CERTIFICATE OF CONFERENCE

I do hereby certify that I conferred with opposing counsel regarding this motion and counsel has agreed to the same.

*[signature: Katherine D. Hayes]*
KATHERINE D. HAYES
Assistant Attorney General

-4-

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this agreed motion has been served by faxing same to opposing counsel Max Hendrick, III (at 713-615-5251) and Emily Pipkin (at 713-615-5258), and by placing in overnight mail delivery, postage prepaid, on this Thursday, January 22, 2004, addressed to:

Max Hendrick, III
VINSON & ELKINS, L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760
contact # (713) 758-2546

*Katherine D Hayes*
KATHERINE D. HAYES
Assistant Attorney General