THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 3 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ALFREDO RIVERA, § | |
| Petitioner, § | |
| § | CIVIL ACTION NO.: |
| v. § | B-03-139 |
| § | |
| DOUG DREKTE, DIRECTOR, TEXAS DEPARTMENT § | |
| OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

ORDER

This Court, upon consideration of the Agreed Motion to Continue Post-Hearing Briefing, is of the opinion such motion should be GRANTED.

Notwithstanding the supporting arguments, the Court believes the parties had ample and adequate time to comply with the Friday, January 30, 2004 deadline to submit the ten-page brief. However, due to the serious nature of such proceeding before this Court, the submission of the ten-page brief will be extended to Friday, February 6, 2004. Subsequently, the five-page reply brief will be submitted to this Court ten days thereafter, no later than Monday, February 16, 2004.

It is hereby ORDERED, ADJUDGED, and DECREED that a ten-page brief be submitted by both parties no later than Friday, February 6, 2004, and a five-page reply brief be submitted no later than Monday, February 16, 2004.

Signed this _____ day of _____, 2004, at Brownsville, Texas.

Filemon B. Vela (by permission)
United States District Judge