```
                IN THE UNTIED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ALFREDO RIVERA | CAUSE NO. B-03-139 |
| VS. | BROWNSVILLE, TEXAS |
| DOUG DRETKE, Director, Texas Department of Criminal Justice, Institutional Division | JANUARY 7, 2004 |

### TRANSCRIPT OF PROCEEDINGS
### BEFORE THE HONORABLE FILEMON B. VELA

**APPEARANCES:**

| | |
|---|---|
| FOR THE PETITIONER: | MR. MAX HENDRICK, III<br>MR. WILLIAM E. LAWLER, III<br>Houston, Texas |
| FOR THE RESPONDENT: | MS. KATHERINE D. HAYES<br>MS. TINA J. DETTMER<br>Austin, Texas |
| COURT REPORTER: | MR. WILLIAM G. HOLLOWAY<br>Brownsville, Texas |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED BY COMPUTER