United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division | § | |

# ORDER

This court has been assigned the above-referenced case due to the death of Judge Filemon Vela. The court will hold a conference call with counsel for both parties on June 2, 2004, at 1:30 p.m. Counsel for Petitioner is instructed to arrange for the conference call with Respondent's counsel and the court through any appropriate long distance service. Counsel with authority to bind their respective client(s) must participate. Counsel are to use land-based phones.

The court intends this conference call to be a status conference and/or a scheduling conference and is allowing counsel to attend by phone because all counsel are located outside this division. The hearing will be on the record. Nevertheless, the court does not intend to address any substantive issue in depth, nor does it intend to receive any evidence or hear argument of counsel concerning the matters already before the court. Therefore, the court does not feel the need to compel in-person attendance either by counsel or Petitioner. If either counsel objects to this procedure, the court will conduct this conference in court with everyone in attendance. Any such objection must be filed by May 27, 2004.

Signed this 18th day of May, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge