United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>TELE-CONFERENCE
(IN CHAMBERS)</u>

CIVIL ACTION NO. <u>B-03-139</u>   DATE & TIME: <u>6/2/04 @ 1:30 - 2:00 p.m.</u>

COUNSEL:

<u>JOSE ALFREDO RIVERA</u>       §   <u>Max Hendrick, III</u>

VS                             §

<u>JANE COCKRELL, TDCJ-ID</u>    §   <u>Katherine Hayes/Tina Dettmer</u>

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard

Case called on the docket. Max Hendrick, appeared for Plaintiff. Katherine Hayes and Tina Dettmer appeared for Deft. All parties appeared telephonically and announced ready.

Atkins issue is addressed by the Court and will take it under advisement if another hearing is needed or not. Counsel to inform the Court by 6/5/04 in writing dates available for possible hearing to be set in July, August or September and as to whether the Court can appoint its own expert.

Court is adjourned.