United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division | § | |

## ORDER

The court hereby orders a show cause hearing be set for **January 14, 2005**, at **8:30 a.m.**

Signed this 30th day of November, 2004.

Andrew S. Hanen
United States District Judge