United States District Court
Southern District of Texas
FILED

DEC 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner,* | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent.* | § | |

---

## MOTION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

---

TO THE HONORABLE JUDGE ANDREW S. HANEN:

Counsel for Petitioner Jose Alfredo Rivera respectfully requests that the Court issue a Writ of Habeas Corpus *Ad Testificandum*. In support thereof, the parties would show the Court the following:

1.     A hearing has been set to commence at 8:30 a.m. on January 14, 2005, for the parties to show cause why an expert or technical advisor should not be appointed in the captioned case, which involves Petitioner's claim of mental retardation.

2.     Counsel for Mr. Rivera believe that Mr. Rivera's presence at the show cause hearing would be beneficial in aiding the Court as it makes a determination about the issues presented.

3.     Mr. Rivera is currently in the Polunsky Unit of the Texas Department of Criminal Justice and issuance of a Writ of Habeas Corpus *Ad Testificandum* is necessary to allow Mr. Rivera to be present for the entirety of the hearing scheduled to commence on January 14, 2005.

WHEREFORE, Petitioner asks this Court to grant this Motion for Writ of Habeas Corpus *Ad Testificandum*, so that he may be present at the show cause hearing on January 14, 2005.

Respectfully submitted,

Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:   713-758-2546
Fax:      713-615-5251

OF COUNSEL:

Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:  713-758-2222
Fax:      713-615-5258

**ATTORNEYS FOR PETITIONER**
**JOSE ALFREDO RIVERA**

2