IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner*, | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent*. | § | |

## WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

TO:   U. S. MARSHAL
      DOUG DRETKE, Director of the Texas Department of Criminal Justice
      WARDEN, Allan B. Polunsky Unit, 3872 FM 350 South, Livingston, TX 77351

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of JOSE ALFREDO RIVERA, TDCJ #999102, now detained in the custody of the Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351 brought to the **United States Courthouse, Brownsville, Texas, on January 14, 2005, at 8:30 a.m.**, at which time and at which place the said Petitioner be produced from day to day for as long as necessary and thereafter that you return the said Petitioner under safe and secure conduct to said Petitioner's place of custody or other appropriate authority.

And have you then and there this writ.

WITNESS the Honorable Andrew S. Hanen, United States District Judge for the Southern District of Texas, this _____ day of December, 2004.

UNITED STATES DISTRICT CLERK

BY: _____
         Deputy Clerk

1992089_1.DOC