United States District Court
Southern District of Texas
ENTERED

DEC 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| *Petitioner*, | § | |
| V.- | § | NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| *Respondent*. | § | |

## ORDER FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

Before the Court is the Motion of Petitioner, JOSE ALFREDO RIVERA, for a Writ of Habeas Corpus *Ad Testificandum*, to secure Mr. Rivera's presence at the show cause hearing scheduled to commence on January 14, 2005, at 8:30 a.m., and continuing thereafter. The Court, having considered the facts presented, finds that the Motion for Writ of Habeas Corpus *Ad Testificandum* should be granted. It is therefore,

ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus *Ad Testificandum* directed to the U.S. Marshal, the Director of the Texas Department of Criminal Justice, and the Warden of the Polunsky Unit, directing said officers to have the Petitioner JOSE ALFREDO RIVERA, TDCI #999102, brought to the **United States Courthouse, Brownsville, Texas, on January 14, 2005, at 8:30 a.m.**, and directing that said Petitioner be produced from day to day for as long as necessary, and thereafter to return said Petitioner under safe and secure conduct to said Petitioner's place of custody or other appropriate authority.

Dated: _____, 2004

_____
The Honorable Andrew S. Hanen
United States District Judge

1992089_1.DOC