Case 1:03-cv-00139   Document 62   Filed in TXSD on 01/14/2005

United States District Court
Southern District of Texas
FILED

JAN 1 4 2005

Michael N. Milby
Clerk of Court

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Southern DISTRICT OF Texas

Jose Alfredo Rivera
v.
TDCJ - Jane Cockrell

Petitioner's EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: CA B-03-139

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY - Petitioner | DEFENDANT'S ATTORNEY Respondent's |
|---|---|---|
| Andrew S. Hanen | Max Hendrick & E. Ryton | Katherine Hayes |
| TRIAL DATE(S) Show Cause Hrng 1/14/05 | COURT REPORTER Barbara Barnard | COURTROOM DEPUTY Irma A. Soto |

| Petitioner PEF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 1/14/05 | ✓ | ✓ | Page 4 of Administration & Scoring Manual |
| 31 | | 1/14/05 | ✓ | ✓ | Excerpt of WMS-III - Technical Manual |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages