AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ~~Southern~~ Texas

United States District Court
Southern District of Texas
FILED
JAN 1 4 2005
Michael N. Milby
Clerk of Court

Jose Alfredo Rivera
v.
TDCJ - Jane Cockrell

Respondent's EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: CA B-03-135

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY Petitioner | DEFENDANT'S ATTORNEY Respondent |
|---|---|---|
| Andrew S. Hanen | Max Hendrick & E. Pryzler | Katherine Hayes |
| TRIAL DATE(S) Show Cause Hrng 1/14/05 | COURT REPORTER Barbara Barnes | COURTROOM DEPUTY James A. Soto |

| PLF. NO. | ~~DEF.~~ Respondent's NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 40 | 1/14/05 | ✓ | ✓ | Mental Retardation Fact Sheet |
| | 41 | 1/14/05 | ✓ | ✓ | " " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages