IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § § | |
| *Petitioner,* | § § | No. B-03-139 |
| v. | § § | |
| DOUG DRETKE, Director, Texas Department of Criminal Justice, Institutional Division, | § § § § | |
| *Respondent.* | § § | |

### AFFIDAVIT OF GILDA KESSNER, PSY.D.

**STATE OF TEXAS**           §
                             §
**COUNTY OF HARRIS**         §

BEFORE ME, the undersigned authority on this date, personally appeared Gilda Kessner, Psy.D., who having been duly sworn, deposed and stated as follows:

1. My name is Gilda Kessner, Psy.D. I am a doctor of psychology and licensed to practice in the State of Texas.

2. I am of sound mind and am competent in all ways to testify to the matters stated in this affidavit. I have personal knowledge that the statements in this affidavit are true and correct.

3. I have previously given testimony in the above-referenced case on January 7, 2004 and January 14, 2005 regarding my December 1, 2003 evaluation of Mr. Jose Rivera, which included administration of the Wechsler Adult Intelligence Scale-III (WAIS-III) and other psychological tests. I also testified on those dates regarding the results of the testing.



EXHIBIT 1

4. On January 28, 2005, I attended a conference on *Young Offenders, Mental Disorders, and Immaturity: Challenges for Lawyers and Mental Health Professionals* held in Fort Lauderdale, FL. While there, I conferred with my colleague, Rodolfo A. Quintana, Psy.D., who is a native Nicaraguan and practicing psychologist in Miami, FL. Dr. Quintana has experience in administering the WAIS-III test to individuals whose native language is Spanish. Dr. Quintana asserted that, based on his experience, he believes it is most appropriate to administer the WAIS-III to a bilingual examinee in English and to allow the examinee to answer either in English or in Spanish.

5. The opinion provided by Dr. Quintana lends further support to my belief that the administration of the WAIS-III in English to Mr. Jose Rivera was proper and valid. Before going to the Polunsky Unit, I reviewed Mr. Rivera's records and saw that he had learned English in the American educational system and noted that his TDCJ records listed English as his primary language. When I first met with Mr. Rivera to administer the WAIS-III, I conducted a rapport-building exercise in which we discussed various topics, including his educational background, his work history, and his substance abuse. We spoke in English during this exercise and had no problems communicating with one another. When I asked Mr. Rivera if he was comfortable talking with me in English, he indicated that he was comfortable speaking in English and did not indicate at any point during the evaluation or administration of the WAIS-III that he preferred to speak in Spanish.

6.  With this knowledge, I felt comfortable that an English administration of the WAIS-III was proper. If I had determined that an English administration was not appropriate, I would have postponed the interview until I was able to return with a Spanish language translator.

7.  Dr. Jerome M. Sattler, a well-recognized authority on testing and assessment who has authored textbooks widely used in graduate programs in psychology, has noted in his book, *Assessment of Children: Cognitive Applications, Fourth Edition* (2001, p. 451), that the WAIS-III is a "well-standardized test, with excellent reliability and good concurrent and construct validity . . . . The standardization procedures were excellent, sampling four geographical regions; both sexes; White, Black; Hispanic, and other racial/ethnic groups; and the entire socioeconomic range. The standardization sample well represents the nation as a whole for the age groups covered by the test." Because the WAIS-III has such "excellent reliability" and "excellent standardization," I believe it was the most accurate test that could have been administered to gauge Mr. Rivera's IQ.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gilda Kessner, Psy.D.

SUBSCRIBED TO AND SWORN TO before me, the undersigned authority on the _11_th day of February 2005.

_____
Notary Public in and for the State of Texas

[NOTARY SEAL: LYSA D. HARRIS, NOTARY PUBLIC, STATE OF TEXAS, Comm Exp. 01-19-2006]

My Commission Expires: _1-19-06_