# Vinson&Elkins

**Max Hendrick, III**  mhendrick@velaw.com
**Tel** 713.758.2546  **Fax** 713.615.5251

February 11, 2005

Mr. Juan Barbosa                                   (*Via Electronic Filing*)
Deputy in Charge
United States District Court
Federal Building, Rm. 1158
600 E. Harrison
Brownsville, Texas  78520

     Re:   No. B-03-139; *Jose Alfredo Rivera v. Doug Dretke*; In the United States District Court, Southern District of Texas, Brownsville Division

Dear Sir:

    We are transmitting herewith for electronic filing Petitioner Jose Alfredo Rivera's Post-Show Cause Hearing Brief in the captioned cause together with the attached affidavit of Gilda Kessner, Psy.D.  These papers are also being served electronically on counsel for Respondent.

    A courtesy copy of this filing is being mailed directly to the Chambers of Judge Hanen for his convenience.

                           Very truly yours,

                           VINSON & ELKINS L.L.P.

                           Max Hendrick, III

2076946_1.DOC
Attachments



February 11, 2005   Page 2

cc: *Via Electronic Filing*
Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
209 West 14th St., 8th Floor
Austin, Texas 78701

*Via Federal Express*
The Honorable Andrew S. Hanen
United States District Judge
United States District Court for the
 Southern District of Texas
600 E. Harrison Street
Brownsville, Texas 78520-7114