IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ALFREDO RIVERA | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) B-03-139 |
| | ) |
| DOUG DRETKE, DIRECTOR, TEXAS | ) |
| DEPARTMENT OF CRIMINAL JUSTICE, | ) |
| INSTITUTIONAL DIVISION | ) |
| | ) |

United States District Court
Southern District of Texas
FILED

FEB 18 2005

Michael N. Milby, Clerk of Court

EVIDENTIARY HEARING
BEFORE THE HONORABLE ANDREW S. HANEN
JANUARY 14, 2005

APPEARANCES:

For the Petitioner:   MR. MAX HENDRICK, III
                      MS. EMILY PIPKIN
                      Vinson & Elkins
                      2500 First City Tower
                      1001 Fannin
                      Houston, Texas 77002-6760

For the Respondent:   MS. KATHERINE D. HAYES
                      Assistant Attorney General
                      P.O. Box 12548
                      Austin, Texas 78711-2548

Transcribed by:       BARBARA BARNARD
                      Official Court Reporter
                      600 E. Harrison, Box 301
                      Brownsville, Texas 78520
                      (956)548-2591

**CERTIFIED COPY**