IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**ORDER**

Respondent's unopposed motion is GRANTED. Respondent's time for filing an answer in extended for thirty-one (31) days, up to and including Monday April 18, 2005. Petitioner's time for filing any reply is hereby extended, up to and including Monday May 16, 2005.

IT IS SO ORDERED.


Dated: _____                    _____
                                          The Honorable Andrew S. Hanen
                                          United States District Judge