IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

**RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This case involves a successive writ of habeas corpus filed by Petitioner Jose Alfredo Rivera pursuant to 28 U.S.C. §§ 2244 and 2254. The sole issue before this Court is whether Rivera's execution is barred by the Eighth Amendment and *Atkins v. Virginia,* 536 U.S. 304 (2002), because he is mentally retarded. In advancing his claim, Rivera filed an Application for Writ of Habeas Corpus and a separate brief in support. Docket Entries ("DE") 1 & 41. On January 7-8, 2004, the Court held an evidentiary hearing, after which both parties provided supplemental briefs and reply briefs. DE 48, 49, 51 & 52. A hearing was then conducted on January 14, 2005, during which all three experts testified. In accordance with the Court's order for final briefing, Rivera filed a Post-Show Cause Hearing Brief on February 11, 2005. DE 64. Respondent Doug Dretke ("the Director") has been allowed until March 18, 2005 to file an answer, and Rivera has until April 15th to respond. This motion follows.

**REASONS FOR REQUESTING AN EXTENSION**

Since receiving Rivera's latest briefing on February 11th, undersigned counsel has missed substantial time from work on account of one death in the family and several family medical emergencies. Counsel also anticipates several more absences for travel and for follow-up medical appointments during the next few months.

The need for an extension of time is also heightened due to the undersigned attorney's extensive involvement in other capital cases. Upon her return, counsel filed a brief in opposition to the Supreme Court in *Douglas Alan Roberts v. Dretke*, No. 04-7824 (due on extension on February 24th, with execution set for April 20th), and briefing to the district court following the Fifth Circuit's remand in *Delma Banks, Jr. v. Dretke*, No. 5:96-CV-00353 (E.D. Tex.) (due on extension on March 1st). Beginning March 4th, counsel has worked almost exclusively on Rivera's case. However, insufficient time remains in which to finalize an answer. Although the Director has previously moved to dismiss Rivera's writ, DE 7, and has argued against the merits of Rivera's claim in post-hearing briefing, DE 49 & 52, he had not yet provided a comprehensive answer to Rivera's writ petition. Moreover, this case involves substantial records and pleadings which must be reviewed prior to filing an answer. For example, Rivera has filed five pleadings setting forth his claim of mental retardation, *see* DE 1, 41, 48, 51 & 64, and both sides presented numerous witnesses and exhibits during three days of evidentiary hearings. Undersigned counsel need additional time to re-familiarize herself with the records, pleadings, and testimony, and then to draft and

finalize a thorough answer.

Furthermore, counsel already has due on extension a Fifth Circuit merits brief in *Robert Madrid Salazar v. Dretke*, No. 03-11244 (due April 1st), and a Fifth Circuit merits brief and an opposition to a request to expand the issues upon which a certificate of appealability were granted in *Cathy Henderson v. Dretke*, No. 04-70032 (both due April 6th). If the March 18th deadline for responding to Rivera's writ is delayed for one month, then counsel could draft and finalize her three Fifth Circuit pleadings before the end of March, and then could devote the next few weeks to working solely to finalize an answer in this case.

Finally, this is the first extension of time requested by the Director, and Rivera's attorney of record, Mr. Max Hendrick, III, is unopposed to the request.

## CONCLUSION

The Director respectfully requests the Court grant this motion and extend the filing deadline for thirty-one (31) days, thus moving the current deadline of Friday March 18, 2005 to Monday April 18, 2005. Since at the January 2005 hearing, the Court originally provided Rivera four weeks to file any reply, his time should likewise be extended until Monday May 16, 2005.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

        DON J. CLEMMER
Deputy Attorney General for Criminal Justice

GENA BUNN
Chief, Postconviction Litigation Division


 s/Katherine D. Hayes
*KATHERINE D. HAYES
Assistant Attorney General
Postconviction Litigation Division
Texas Bar No. 00796729
Southern District No. 22698

*Counsel of Record

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132
Email: katherine.hayes@oag.state.tx.us

ATTORNEYS FOR RESPONDENT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was electronically served on this the 10th day of March, 2005.

 s/Katherine D. Hayes
KATHERINE D. HAYES
Assistant Attorney General