United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER

Respondent's unopposed motion is GRANTED. Respondent's time for filing an answer in extended for thirty-one (31) days, up to and including Monday April 18, 2005. Petitioner's time for filing any reply is hereby extended, up to and including Monday May 16, 2005.

IT IS SO ORDERED.

Dated: March 10, 2005

The Honorable Andrew S. Hanen
United States District Judge