IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, § | | |
| Petitioner, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:03-cv-00139 | |
| § | **CAPITAL LITIGANT** | |
| DOUG DRETKE, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

**RESPONDENT'S ANSWER TO PETITIONER'S
POST-SHOW CAUSE HEARING BRIEF**

Petitioner Jose Alfredo Rivera[1] is a condemned Texas capital murderer whose scheduled execution in August 2003 was stayed by the Fifth Circuit Court of Appeals in order for Rivera to file a successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3)(C). *In re Rivera*, No. 03-41069 (5th Cir. August 6, 2003) (unpublished order).[2] The sole issue now before this Court is whether Rivera's execution is barred by the Eighth Amendment and *Atkins v. Virginia,* 536 U.S. 304 (2002), because he is mentally retarded.

At the conclusion of the January 14, 2005 evidentiary hearing, the Court ordered Rivera to supplement the record with anything he felt necessary, for the Director to answer or respond and to "amplify" anything remaining, and for Rivera to reply. Rivera filed his Post-Show Cause Hearing Brief on February 11, 2005. Docket Entry ("DE") 64. This answer follows.

---

[1]   Respondent Doug Dretke will be referred to as "the Director."

[2]   A copy of this order is attached as the Director's Exhibit A.