512 477 2153
08/06/2003  20:06  TEXAS DEFENDER SERVICE-AUSTIN → TDS--HOUSTON          NO.424  P01
                                                                  No. 6199  P. 2/3

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-41069

U.S. COURT OF APPEALS
**FILED**
AUG 6 2003
CHARLES R. FULBRUGE III
CLERK

IN RE: JOSE ALFREDO RIVERA

Movant.

Motion for an order authorizing the
United States District Court for the Southern
District of Texas, Brownsville Division to consider
a successive habeas 28 U.S.C. § 2254 application

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

BY THE COURT:

We have now been presented with a renewed application for authorization to proceed in the district court on Rivera's claim that he is mentally retarded. Since our earlier order, Rivera has returned to the Texas Court of Criminal Appeals. That court, inexplicably, has decided to consider the evidence it previously declined to consider, including the submission of Dr. Garnett. The court held that its threshold requirement had not been met, and it dismissed as an abuse of the writ. As we observed in our earlier opinion, characterizing the failure to meet the threshold requirement as an abuse of the writ does not foot


EXHIBIT A

the ruling on an independent state ground. This is a determination on the merits.

Rivera's claim is now properly before this court. We believe that, by the standards set out in our previous opinion, he has made a sufficient prima facie showing to be authorized to proceed in the district court only on his claim of mental retardation.

The motions for authorization to file a successive petition on the issue of mental retardation only and for stay of execution are GRANTED.