IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:03-cv-00139<br>**CAPITAL LITIGANT** |
| DOUG DRETKE, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>Respondent. | §<br>§<br>§<br>§ | |

### AFFIDAVIT OF PHILIP RYAN

STATE OF TEXAS § § COUNTY OF WALKER §

BEFORE ME, the undersigned authority on this date, personally appeared Philip Ryan, who having been duly sworn, deposed and stated as follows:

1. My name is Philip Ryan. I am currently the Administrator for Intake Processing at the James Byrd Unit, Texas Department of Criminal Justice, Institutional Division. I have held this position since 1993.

2. I have personal knowledge that the statements contained in this affidavit are true and correct. I am of sound mind and am fully competent to testify to the matters stated in this affidavit. I have not been threatened, nor have I been given anything in exchange for making this affidavit.

3. I hereby certify that I have reviewed the following documents regarding death row inmate Jose Alfredo Rivera, DR # 999102: (1) first page of Consolidated Report Form with intake date 6-21-91, and (2) first page of Consolidated Report Form with intake date 02/11/92. Both of these documents are attached to this affidavit.

Page 1 of 3


EXHIBIT F

4. When a non death row inmate enters TDCJ, he is sent to an intake unit for an initial intake assessment. Years ago, all intake assessments were handled by the Jim Byrd Unit in Huntsville. Part of the intake assessment includes IQ testing.

5. The attached records reveal that inmate Rivera was received by TDCJ for intake in June 1991 and again in February 1992. At that time, IQ testing was done by TDCJ personnel who administered the BETA II exam. The BETA II was utilized by TDCJ from 1978 until 1999, when it was replaced by the BETA III.

6. The BETA II is a group administered examination which is given in English. The test is only give in Spanish if an inmate does not speak English and if there is an administrator available who speaks Spanish.

7. The BETA II assesses IQ through a series of performance-based sub-tests, of which there are six: (1) maizes, (2) coding, (3) paper form board, (4) picture completion, (5) clerical checking, and (6) picture abstraction. Each of these sub-tests is timed. The highest score possible on the BETA II is 135.

8. If an inmate scores below 70 on the BETA II, TDCJ personnel would then administer either the Test of Non-verbal Intelligence (TONI) or the Culture Fair. If the inmate failed that test, then TDCJ personnel would administer the Wechsler Adult Intelligence Scale - Revised (WAIS-R). If the inmate failed the WAIS-R, then he would be referred to the Mentally Retarded Offender Program.

9. Rivera's attached record evidence that he had an IQ score of 85 in June 1991 and an IQ score of 92 in February 1992. Both of these scores would have come from his being administered the BETA II. Because he scored above 70 during both testing sessions, his IQ was not further tested.

10. No answer forms or testing materials from offender Rivera's 1991 and 1992 IQ testing exist.

FURTHER AFFIANT SAYETH NOT.

_____
PHILIP RYAN

Page 2 of 3

Sworn to and subscribed before me on this 14th day of April, 2005.



*La Deanna Holcomb*
Notary Public, State of Texas

My Commission Expires: 2-3-06

# TX CONSOLIDATED REPORT FORM

REPORT: *No jail report*
ON APPEAL: YES ( ) NO (X)
NTARY SURRENDER: YES ( ) NO (X)
IBLE DETAINER: YES ( ) NO (X)
IM IMPACT: YES ( ) NO (X)
TIONAL INFO: YES ( ) NO (X)

DPS REPORT NO ( ) YES (X) DATE: 6-21-91
FBI REPORT NO (X) YES ( ) DATE: _____

EMPLOYMENT
1. Cook
2. _____
3. Laborer

## I. GENERAL INFORMATION

NDER CATEGORY: _____
RIVERA, JOSE ALFREDO
Name: RIVERA, JOSE ALFREDO
~~RIVERA, JOSE (AN#1)~~ RIVERA, FREDDIE (AN#2)
RIVERA, PAYA (AN#3)

TDCJ-ID #: 587721
Int. Date: 6-25-91
Int. Time: 10:20 AM
Int. By: B Chittle

.B. 23 DEC 1962  Age: 28  Race: H  Sex: M  Ht: 5'5"  Wt: 195  Hair: Blk  Eyes: BRO
regative Class: IB  E.A. Score: NT  I.Q. Score: 85  SSN: 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
#: 3027883  FBI#: 806627X7  Prior TDCJ-ID #: NO
: TX 11938457

Code
NATIVITY: BROWNSVILLE, CAMERON CO. TX
CITIZENSHIP: USA
RESIDENCE: BROWNSVILLE, CAMERON CO, TX
MARITAL: MARRIED
RELIGION: CATHOLIC

IBM Code _____
MILITARY: NONE
MILITARY DISCHARGE CODE _____
SCHOOL CODE _____
GRADE COMPLETED: 8  none

## II. PREVIOUS CRIMINAL SUMMARY

|  | COMMITMENTS | ESCAPES |  | COMMITMENTS | ESCAPES |
|---|---|---|---|---|---|
| ult Probations (State): | 3 | | TDCJ-ID | | |
| venile Reformatories: | | | Other Prisons | | |
| ult Probations (Fed.): | | | State Farms | | |
| venile Probations: | | | Detention Hospitals | 1 | |
| venile Detention Homes: | | | Military Brig | | |
| spended Sentences: | | | Military Stockade | | |
| ils: | 16 | | Military Guardhouse | | |
| ty Farms: | | | Military Prison | | |
| unty Farms: | | | Other | | |
| TAL ARRESTS: | (19) | | | | |

## III. PRESENT OFFENSE(S) DATA

fense #1:
Offense: Att Burg of Bldg
Cause #: 88-CR-511-D
Flat Time Only (yes/**no**) _____
Accomplices/Codefendants: none
Projected Parole Eligibility Date: _____

PINC-0036

2-7-92  J( )  2-4-92  PV ret'd fr Camer. Co.  NO NEW CHARGES
8:00 AM

# CONSOLIDATED REPORT FORM

REPORT:
ON APPEAL:          YES ( )  NO (✗)
TARY SURRENDER:     YES ( )  NO (✗)
BLE DETAINER:       YES ( )  NO (✗)
K IMPACT:           YES ( )  NO (✗)
IONAL INFO:         YES ( )  NO ( )

EMPLOYMENT
1. _Look_
2. _Construction_
3. _Laborer_

## GENERAL INFORMATION

DER CATEGORY:
Rivera, Jose Alfredo (PN)

Name: Rivera, Jose Alfredo (TN)

: Rivera, Jose A. An#1. Rivera, Joe An#2
Rivera, Freddie; Rivera, Reya

B. 12-23-62   Age: 29   Race: Hispanic  Sex: male   Ht: 5'4   Wt: 194   Hair: Blk   Eyes: BRN

egative Class: 9B   E.A. Score: NT   I.Q. Score: 92   SSN: 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

: 302883   FBI#: 806627X7   Prior TDCJ-ID #: NONE

( )  DATE: 06/21/91   YES ( ✓ ) DATE: 07/27/91   DL#: 11938457
NO ( )

TDCJ-ID #: 587721
Int. Date: 02/11/92
Int. Time: 08:49
Int. By: E. N. Morales

Code                                       IBM Code
NATIVITY: Brownsville, Cameron Co., Tx        MILITARY: NONE
CITIZENSHIP: US Citizen                       MILITARY DISCHARGE CODE
RESIDENCE: Brownsville, Cameron Co., Tx       SCHOOL CODE
MARITAL: Married                              GRADE COMPLETED: 8/u
RELIGION: Catholic

## PREVIOUS CRIMINAL SUMMARY

|                              | COMMITMENTS | ESCAPES |                        | COMMITMENTS | ESCAPES |
|------------------------------|-------------|---------|------------------------|-------------|---------|
| lt Probations (State):       | 3(1 new)    |         | TDCJ-ID                | PV          |         |
| anile Reformatories:         |             |         | Other Prisons          |             |         |
| lt Probations (Fed.):        |             |         | State Farms            |             |         |
| anile Probations:            |             |         | Detention Hospitals    |             |         |
| anile Detention Homes:       |             |         | Military Brig          |             |         |
| pended Sentences:            |             |         | Military Stockade      |             |         |
| ls                           | 4           |         | Military Guardhouse    |             |         |
| y Farms                      |             |         | Military Prison        |             |         |
| nty Farms                    |             |         | Other                  |             |         |
| AL ARRESTS:                  | 15          |         |                        |             |         |

## PRESENT OFFENSE(S) DATA

ense #1:  Offense: Att Burg of Bldg
          Cause #: 88-CR-911-D
          Flat Time Only (yes/no): No
          Accomplices/Codefendants:
          Projected Parole Eligibility Date:

PINC-0046

I.A (Rev. 12/91)