

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. 27,065-02

## EX PARTE JOSE ALFREDO RIVERA

## HABEAS CORPUS APPLICATION FROM CAMERON COUNTY

*Per Curiam. Price, J., would grant and remand to the trial court. Keller, P.J., and Womack, J., not participating.*

## O R D E R

On July 25, 2003, this Court dismissed this subsequent application for writ of habeas corpus filed pursuant to the provisions of Art. 11.071, Sec. 5, V.A.C.C.P. The application presented a claim of mental retardation under Atkins v. Virginia, 536 U.S. 304 (2002). Dismissal was appropriate because applicant failed to produce sufficient specific facts to support his Atkins claim. Ex parte Rivera, Writ No. 27,065-02 (Tex. Crim. App. July 25, 2003).



EXHIBIT
C

Rivera    -2-

Applicant has now filed a "Suggestion for Rehearing of Post Conviction Writ of Habeas Corpus and Motion for Stay of Execution" from our order of July 25, 2003.  Such a pleading is not authorized under Tex. R. App. P. 79.2(d).  Moreover, upon due consideration, we decline to reconsider the matter on our own initiative.

IT IS SO ORDERED THIS THE 5TH DAY OF AUGUST, 2003

DO NOT PUBLISH