IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:03-cv-00139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

### AFFIDAVIT OF MARJIE HAYNES

STATE OF TEXAS            §
                          §
COUNTY OF WALKER          §

BEFORE ME, the undersigned authority on this date, personally appeared Marjie Haynes, who having been duly sworn, deposed and stated as follows:

1. My name is Marjie Haynes. I am currently the Director of the Division of Instruction for the Windham School District. I have held this position for the last ten years, and will have been employed by Windham for sixteen years come this October 1, 2005.

2. I have personal knowledge that the statements contained in this affidavit are true and correct. I am of sound mind and am fully competent to testify to the matters stated in this affidavit. I have not been threatened, nor have I been given anything in exchange for making this affidavit.

3. I hereby certify that I have reviewed the following documents regarding death row inmate Jose Alfredo Rivera, DR # 999102: (1) cover letter from Windhman School District dated November 21, 2003 and labeled "Petitioner's Exhibit 26"; (2) affidavit from Arlene Faulkner dated November 19, 2003; (3) computer screen labeled "Assessment Data"; (4) computer screen labeled

Page 1 of 4



"College Registration Review"; (5) computer screen labeled "Inmate Information"; and (6) computer screen labeled "Counseling and Testing Review". Each of these documents is attached to this affidavit.

4. Since 1969, the Windham School District has provided educational, vocational, and life skills programs for incarcerated offenders in the Texas Department of Criminal Justice (TDCJ) prisons and state jails.

5. When a non death row inmate enters TDCJ, he is sent to an intake unit for an initial intake assessment. Years ago, intake assessments were primarily handled by the Jim Byrd Diagnostic Unit in Huntsville. Part of the intake assessment includes IQ testing. This IQ testing is not done by Windham but is instead done by TDCJ personnel. Only if the inmate is referred to Windham for special education does Windham test his IQ.

6. When the inmate is transferred to the actual unit of confinement, then a second intake occurs (referred to as "intake at unit of assignment"). There is probably no further IQ testing of non death row inmates at that point.

7. Windham School District tests all non death row inmates for educational achievement ("E.A."). The E.A. score indicates the grade level at which an inmate is functioning.

8. Regarding E.A. scores, the actual test Windham administers is the Test of Adult Basic Education (TABE). On an inmate's "Assessment Data" screen, the notation "Typ" stands for type of test, and the notation "T" indicates a TABE was administered. The TABE tests math, reading and language. An individual will receive a composite score (indicated "Comp"), and sub-scores (indicated "Read", "Math", and "Lang").

9. The TABE is given in English and is only given in Spanish if the inmate is seeking a Spanish GED. So bi-lingual speakers who may have poor English skills are still tested in English.

10. The test is group administered, but the size of the group depends on how many inmates at intake or at the individual unit need EA testing on a given day.

11. The TABE comes in 4 levels, E-M-D-A, with "E" indicating easiest level, "M" for medium, "D" for difficult, and "A" for advanced. We administer a locator test to determine which level of the test should be administered to each

offender. The locator test is group administered and is given in English. The test is multiple choice format, with the offender placing his answers on a scantron form. Once the scantrons are scored, they are destroyed. So there is no way to tell which individual items an inmate missed or answered correctly.

12. The TABE has previous versions. Currently we are utilizing forms 9 and 10. On an individual's "Assessment Data" screen, it will indicate "Frm" to show what form of the test was used.

13. Hence, on the Windham computer printouts, it will list "Typ" for type of test (T = Test of Adult Basic Education), then list "Lvl" for level (either E,M,D or A) and "Frm" for form (nowadays either 9 or 10). Then the Windham screen will list "Comp" for the inmate's composite score on the test (which is also called the E.A. score). Another screen labeled "Inmate Information" actually provides the scores for the three sub-parts of the test.

14. The computer screens attached to this affidavit and labeled "Assessment Data" and "Inmate Information" show Jose Alfredo Rivera's E.A. scores. The "Assessment Data" screen establishes that Rivera was administered the E (easiest) level of form 6 of the TABE while at the Dolph Briscoe Unit on May 1, 1992, and that Rivera's composite score was 4.2 (indicating that the overall grade level at which he functions is 4th grade, 2/10ths of a year). The "Inmate Information" screen shows sub-scores of 4.1 for Reading, 5.0 for Math, and 3.2 for Language. Because the Language sub-score is much lower (for example, two years behind his math performance), it appears Mr. Rivera has trouble with the English language skills.

15. While Windham has the actual scores on its computers, we do not retain the testing forms. As with the locator tests which determine which level of the TABE an individual will be administered, the TABE itself is also a multiple choice format. Offenders place their answers on scantron forms which, once scored, are shredded. Windham does not retain data regarding which individual items an inmate missed or answered correctly. And Windham cannot provide a copy of the TABE test because that is prohibited by the test publishing company.

16. However, on the Windham screen labeled "Inmate Information", after it lists the composite and individual scores, it asks "Invalid?". If the letter "N" is typed there, it means there was no reason for the test administrator to invalidate the score therefore the score should be valid. If the administrator

had invalidated the scores, the letter "Y" would be indicated (for example, the inmate was caught cheating, or simply putting "A" as the answer to all questions, etc.). I have reviewed the "Inmate Information" screen for Rivera, and in answer to "Invalid?" the screen indicates "N".

17. The Windham computer screen labeled "College Registration Review" is a screen which is automatically generated upon the offender's intake into TDCJ. The screen automatically updates whenever any of the data is updated on other screens (for example, an offender gets a major disciplinary offense and that data is placed in the system by individuals in the prison disciplinary section). In Rivera's case, the screen was not created because Rivera was seeking to be placed in college classes or was registering for schooling.

18. Finally, the computer screen labeled "Counseling and Testing Review" automatically generates upon the inmate's intake into TDCJ. In Rivera's case, his form shows "05-30-2002 NO WORK IN DIRECT SUNLIGHT". However, since death row was transferred to the Polunsky Unit, death row inmates have not been allowed to work. This screen was apparently generated because Rivera received a medical assessment (possibly taking antibiotics) and the screen generated because it picked up on that information.

19. This same "Counseling and Testing Review" screen includes the notation "Spec Ed". There would be a "Y" on Rivera's form if he had ever been placed in a special education program during any of his prior incarcerations. Rivera's form has no such notation, thus indicating he was never placed in special education while in TDCJ custody.

FURTHER AFFIANT SAYETH NOT.

_____
MARJIE HAYNES

Sworn to and subscribed before me on this __14__ day of April, 2005.

_____
Notary Public, State of Texas

My Commission Expires: __05/18/06__


KELLY M. HOOT
MY COMMISSION EXPIRES
May 18, 2006



# WINDHAM SCHOOL DISTRICT
*Schools in the Texas Department of Criminal Justice*

November 21, 2003

Mr. Adam M. Kramer
Vinson & Elkins L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760

Dear Mr. Kramer:

Enclosed is a copy of all records relating to Jose Alfredo Rivera that were sent in response to the subpoena that we received.

Sincerely,

*Judy Featherstone*
Judy Featherstone
Secretary, WSD Intake and Records

Enclosure

PETITIONER'S EXHIBIT 26

P.O. Box 40 • Huntsville, TX 77342-0040 • 936-291-5340

## AFFIDAVIT

The State of Texas )

The County of Walker )

I, ARLENE FAULKNER, Administrator, Intake and Records Department, hereby certify that the attached four (4) pages represent all of the educational records JOSE ALFREDO RIVERA, JR., T.D.C.J. Number 999102 AND 587721. This information is part of the original educational records which are kept under my supervision and direction at the Windham School District, Texas Department of Criminal Justice Institutional Division in my capacity as the Administrator of Intake and Records Department, and that said records are kept in the usual regular course of business at the Windham School District, and that a similar file is maintained on each inmate who has been or who is presently confined within the Texas Department of Criminal Justice Institutional Division.

IN WITNESS THEREOF, I have hereunto set my hand this the 19TH day of November 2003.

*Arlene Faulkner*
ARLENE FAULKNER,
Administrator, Intake and Records
Telephone (936) 291-5327

SWORN TO AND SUBSCRIBED BEFORE ME, PATRICIA NEAL, on this day personally appeared ARLENE FAULKNER known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

GIVEN UNDER my hand and seal of office this 19th day of November 2003.

*Patricia A. Neal*
PATRICIA NEAL, Notary Public in
and for the State of Texas

My Commission Expires: 5/7/05

[Notary Seal: PATRICIA A. NEAL, MY COMMISSION EXPIRES May 07, 2005]

Page One of One

2

```
SWWHD04  WMSWHD49342                                       Date:  11-19-2003
ata inquiry              Inmate Information System         Time:  10.18.17
FE4298   2                  Assessment Data
TDCJ-ID Number: 00999102   Type:   ID    Name: RIVERA,JOSE ALFREDO
         SID: 03027883            Unit: TL   Date of Birth: 12-23-1962
ello! Glad to see you!          Social Security Number: 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
utside TDCJ-ID - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Education Claimed: 00    Verified: 00    HD316 Sent?    HD316 Approved?
   College Claimed:      Verified:       No Record:     Enrolled in RIO @
Claimed Train: 00                        Exp: 00
nside TDCJ-ID - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Train: 00                   Exp: 00                    LEP:    GED:
EA Score:   Date      Unt Typ Lvl Frm Comp   ColDeg:   Lang.Survey
Highest: 05-01-1992   DB   T   E   6   4.2   IQ Sc: 000  EA Locator:
 Recent: 05-01-1992   DB   T   E   6  04.2   IQ Dt:      ED CLAIM:
rogram Recommendations - - - - - - - - - - - - - - - - - - - - - - - -
JocClust 1:                         1A:
Assmt.Date:                         1B:
JocClust 2:                         2A:
                                    2B:
Further Assessment:                         College:
Assessed Job Skill: 00                      00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
F1-Help PF3-Exit PF20-Header  (PF5>-Updt
```

3

```
CSWCER01  WM4SWSD 9342       -- Windham School District --    Date  2003-11-19
                              College Registration Review     Time  10.09.29

SID No: 03027883  TDCJ#/Request: 00999102  Name: RIVERA,JOSE ALFREDO
Unit..: TL      SSN..: 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
                                                          Age: 40
Inmate Status:      W    Custody Level: D1
                                                          DOB: 12-23-1962
Education Ver. Sec.:  00    Deg.:       INSIDE     Prj Rel Date: XXXXXXXXXX
Education Ver. Col.:        Deg.:        Deg.:     Max Exp Date: 01-01-8888
GED:        Eligible For Col.:               Parole Board
        Eligible Col Date:               Voted Parole Action:
Level A, Best Scores                       Calculated Date: 01-01-8888
Read    .0   Math    .0  Lang     .0
Tasp Test Scores                           TDC CAL Initial Parole
Read       Math      Write                  Review Date:      01-01-8888
Ineligible For College Due To:  ------ Major Offenses ------------------
                              Off Date   Hear Date  Level    Level   Level
                              05/01/03   05/12/03   2 MA G
                              07/02/02   07/08/02   2 MA G   2 MA G
                              11/22/99   11/24/99   2 MA P


PF1-Help   PF3-Exit
A-Att   C-Ach   E-Eas   F-Cnl   G-Ged   H-Hdr   M-Rpt   P-Par   R-Crt   W-Dwl
```

```
SWEA01    WMSEA 9342        Windham School District        Date:  2003-11-19
A Test Table                   Inmate Information          Time:  10.09.37

TD No: 03027883 TDC#/Reqst: 00999102    Name: RIVERA,JOSE ALFREDO

A TDC#    Date        Unit Type Lvl Frm  Comp  Read  Math  Lang    Invalid?

0587721 05-01-1992    DB    T    E   6   4.2   4.1   5.0   3.2        N




F1-Help  PF3-Exit  PF7-Back  PF8-Fwrd  PF12/U-Upd

-Att  B-Col  C-Ach  F-Cnl  G-Ged  H-Hdr  M-Rpt  P-Par  R-Crt  W-Dwl
```

5

SWHD11 WMSCNT                Windham School District        Date 2003-11-05
                         Counseling and Testing Review   Time  10.09.47
Case 1:03-cv-00139   Document 70-6   Filed in TXSD on 04/18/2005   Page 10 of 10

SID No: 03027883 TDCJ/REQST: 00999102    Name: RIVERA,JOSE ALFREDO
 t: TL  Sys Cd:      Spec Ed:      Custody: D1 SSN: 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 DOB: 12-23-1962
 nm Status:      W        Detain Typ:     Calculated Dt: 01-01-8888 Action:
 ast Maj Off Dt 05-01-2003 Off Lvl: 2 MA G    Prj Rel Dt: XXXXXXXXX
 ast SexMisc.Dt              Transfer:        Max Exp Dt: 88-88-8888
       Asgn Dt: 11-05-2003 Rsn Asgn: MED REL  TDC Rec Dt: 06-02-1994
 ealth..Last Date...Reason....   Hi EA Scr: 4.2   EA Scr Dt.: 05-01-1992
  ..1  05-30-2002   NO WORK IN DIRECT SUNLIGHT
  ..2
  ..3
  ..4
  ..5
  ..6
  ..7
  ..8
 ountroom  Class..  Desc................... To...... Time......... MTWTF


 1-Help  PF3-Exit
 Att  B-Col  C-Ach  E-Eas  G-Ged  H-Hdr  M-Rpt  P-Par  R-Crt  S-Cls  W-Dwl