United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division | § | |

## ORDER

The court hereby orders that a status conference will be conducted on **May 11, 2005**, at **3:00 p.m.**, at which time all pending motions will be addressed. Counsel may participate telephonically; however, they must use a land-based line (i.e., no cell phones) and contact the Case Manager in advance to arrange same. Counsel for Petitioner shall arrange the call with the counsel for the State of Texas and the Case Manager. All counsel of record receiving this Order shall immediately forward a copy of same to all other counsel of record.

Signed this 6th day of May, 2005.

Andrew S. Hanen
United States District Judge