IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § § § | |
| Petitioner, | § § | |
| V. | § § | NO. B-03-139 |
| DOUG DRETKE, Director, Texas Department of Criminal Justice, Institutional Division, | § § § § § § | |
| Respondent. | § | |

## PETITIONER JOSE ALFREDO RIVERA'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Petitioner, Jose Alfredo Rivera ("Petitioner"), acting by and through undersigned counsel, respectfully requests this Court to extend the time within which he may file a reply to Respondent's Answer to Petitioner's Post-Show Cause Hearing Brief, and as grounds therefor, would respectfully show as follows:

1.      At the conclusion of the show cause hearing held in the above case on January 14, 2005, the Court directed Petitioner to file his post-hearing submission by February 11, 2005, that Respondent respond by March 18, 2005, and that Petitioner reply by April 15, 2005. Petitioner timely filed his Post-Show Cause Hearing Brief on February 11, 2005.

2.      Prior to March 18, 2005, counsel for Respondent requested of the undersigned counsel for Petitioner an extension of time until April 18, 2005 for filing responsive papers, to which the undersigned counsel for Rivera agreed. Respondent thereafter filed Respondent's Unopposed Motion for Enlargement of Time, and on March 10, 2005, the Court entered its Order extending the time for filing of Respondent's pleadings to and until April 18, 2005, and further

deferring Petitioner's reply until May 16, 2005. Respondent filed his Answer and supporting papers on April 18, 2005.

3. The undersigned counsel for Petitioner would show that despite diligent efforts, it would not be possible to file a proper and thorough reply to Respondent's papers by May 16, 2005. Respondent's papers address issues not heretofore raised in this proceeding, and it will require significant time and effort to respond to them properly. The undersigned represents Petitioner on a *pro bono* basis and because of the demands of client work and other obligations, time and resources are insufficient to prepare a reply by May 6, 2005, thoroughly and adequately responding to Respondent's papers.

4. Counsel for Respondent has been contacted and does not oppose this request for an extension of time.

WHEREFORE, Petitioner respectfully prays that this Court extend the time within which he may file a reply brief to and until June 16, 2005, and grant such other relief as law and justice require.

Respectfully submitted,

_____
Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone: 713-758-2546
Fax: 713-615-5251

2

OF COUNSEL:

William E. Lawler III
Southern District Bar No. LA29514
Walter M. Berger
Southern District Bar No. 21834
Texas State Bar No. 00798063
Emily W. Pipkin
Southern District Bar No. 35260
Texas State Bar No. 24037284
Vinson & Elkins L.L.P.
1001 Fannin St., Suite 2300
Houston, Texas 77002-6760
Phone:  713-758-2222
Fax:    713-615-5258

**ATTORNEYS FOR PETITIONER<br>JOSE ALFREDO RIVERA**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2005, a copy of this motion was electronically served on counsel for the Respondent.

_____<br>Max Hendrick, III

2215072_1.DOC

3