IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ALFREDO RIVERA,<br><br>　　　　Petitioner,<br><br>V.<br><br>DOUG DRETKE, Director, Texas<br>Department of Criminal Justice,<br>Institutional Division,<br><br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§　NO. B-03-139<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Petitioner, Jose Alfredo Rivera's Unopposed Motion for Extension of Time is GRANTED. Petitioner, Jose Alfredo Rivera's time for filing a reply brief to Respondent's Answer to Post-Show Cause Hearing Brief is extended to and until June 16, 2005.

IT IS SO ORDERED.

Date: _____

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE