United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division | § | |

# ORDER

Petitioner Jose Alfredo Rivera's Unopposed Motion for Extension of Time [Docket No. 72] is GRANTED. Petitioner Jose Alfredo Rivera's time for filing a reply brief to Respondent's Answer to Post-Show Cause Hearing Brief is extended to and until June 30, 2005.

Signed this 11th day of May, 2005.

Andrew S. Hanen
United States District Judge