IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:03-cv-00139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|    Respondent. | § | |

**INDEX TO STATE COURT RECORDS**

In accordance with the Court's May 11, 2005 order to resubmit the state court record, Respondent provides this index as an overview to show which records exist. Respondent is submitting copies of the following records (except where specifically noted):

**Direct Appeal Records**
*The State of Texas vs. Jose Alfredo Rivera*, No. 71,916

 Shuck One - transcript volumes, briefs, court opinions, mandate
  •Transcript filed Sept. 12, 1994;
  •Supplemental Transcript filed May 15, 1995;
  •Second Supplemental Transcript filed Feb. 12, 1996;
  •Brief of Appellant filed Apr. 15, 1995;
  •State's (Appellee's) Brief filed May 19, 1995;
  •Opinion delivered Nov. 22, 1995 (abating & remanding case);
  •Opinion delivered Mar. 6, 1996 (affirming conviction and sentence);
  •paperwork re: issuance of mandate;
  •letter from Rivera to Court of Criminal Appeals dated 8-19-99

 Shuck Two - Statement of Facts vol. 2 - 7
  •vol. 2 - Hearing on pretrial motions held Dec. 21, 1993, & Master index
  •vol. 3 - Hearing on Defendant's motion to prohibit State from attempting to introduce statements allegedly made by the Defendant without prior hearing on admissibility held on Jan. 3, 1994

- vol. 4 - Pretrial hearing held Apr. 25, 1994
- vol. 5 - Jury empanelment of the veniremen on Apr. 26, 1994
- vol. 6 - Commencement of individual voir dire on Apr. 28, 1994
- vol. 7 - Continuation of individual voir dire on Apr. 29, 1994

Shuck Three - Statement of Facts vol. 8 - 10
- vol. 8 - Continuation of individual voir dire on May 2, 1994
- vol 9 - Continuation of individual voir dire on May 3, 1994
- vol.10 - Continuation of individual voir dire on May 4, 1994

Shuck Four - Statement of Facts vol. 11 - 14
- vol. 11 - Commencement of trial on the merits on May 6, 1994
- vol. 12 - Continuation of trial on the merits on May 9, 1994
- vol. 13 - Continuation of trial on the merits on May 10, 1994
- vol. 14 - Continuation of trial on the merits & Objections to the court's charge at guilt/innocence on May 11, 1994; Arguments of counsel & jury verdict on May 12, 1994; & copies of Exhibits received into evidence

Shuck Five - Statement of Facts vol. 15 - 17
- vol. 15 - contains copies of State's Exhibits 8, 9, 10, 11 & 29
  - SX 8 = blow up of street map
  - SX 9 = videotape of recovery of victim's body
  - SX 10 = blow up of street map
  - SX 11 = videotape of Rivera on walk through of crime scene
  - SX 29 = audiotape of news conference
- vol. 16 - Punishment hearing on May 12, 1994; Objections to court's charge on punishment, arguments of counsel, & jury verdict on May 13, 1994; & copies of exhibits received into evidence
- vol. 17 - Motion for new trial hearing on June 30, 1994

The following direct appeal records are not being provided to the Court:

- Volumes 5, 6, 7, 8, 9, and 10 of the Statement of Facts are not provided since they only concern voir dire proceedings.

- Volume 15 exhibits -- SX 8, SX 9, & SX 10 are not provided since they are irrelevant to the immediate issue before this Court. SX 11 was provided to the Court as Respondent's Exhibit 18 during the January 2004 federal evidentiary hearing.

**State Habeas Records**
*Ex parte Jose Alfredo Rivera*, **Application No. 27,065-01 (raises 30 claims)**

- August 1994 motion for stay of execution & order dismissing as moot
- Clerk's Record - mailed to Court of Criminal Appeals Dec. 10, 1997 (contains supplemented/amended application for writ of habeas corpus);
- Second supplemental Clerk's Record - mailed Jan. 12, 1998 (contains State's response to writ);
- Third Supplement - mailed Oct. 1, 1998;
- Fourth Supplement - mailed Nov. 9, 1998 (contains trial court's findings of fact and conclusions of law);
- Letter to trial court from Court of Criminal Appeals dated Aug. 19, 1998
- Unpublished Order - denying writ on Dec. 16, 1998
- Letter to state writ counsel from Court of Criminal Appeals dated Feb. 5, 1999

*Ex parte Jose Alfredo Rivera*, **Application No. 27,065-02 (raises 3 claims -- mental retardation, actual innocence, and *Ring/Apprendi* violation)**

- Clerk's Record - mailed to Court of Criminal Appeals July 10, 2003, contains:
    - Application for Writ of Habeas Corpus (filed Jun. 20, 2003);
    - Subsequent Skeletal Application for Writ of habeas Corpus (filed Jun. 20, 2003), with attached exhibits[1]:
        (1) June 18, 2003 affidavit of Esmeralda Maciel;
        (2) June 18, 2003 affidavit of Camelia Garcia (in Spanish) plus 2-page translation (not dated or signed);
        (3) June 18, 2003 affidavit of Lupita Rodriguez;
        (4) miscellaneous school records;
        (5) May 22, 2003 letter to Windham School District plus three pages of computer screen printouts.
    - First Supplement to Application for Writ of Habeas Corpus (filed July 1, 2003), with attached exhibits:
        (6) June 20, 2003 affidavit of Dora Garza;
        (7) June 19, 2003 affidavit of Alma Lagarda for Camelia Garcia.

---

[1] Additional exhibits were provided by Rivera; however, they concerned his claim of actual innocence and, thus, are not listed on this index.

•Second Supplement to Application for Writ of Habeas Corpus (filed July 8, 2003), with attached exhibits:
 (8) June 27, 2003 affidavit of Hugh Albright;
 (9) June 27, 2003 affidavit of Robert Moreno;
 (10) June 27, 2003 affidavit of Alfredo Rivera, Sr.;
 (11) June 27, 2003 affidavit of Maria Juanita Rivera.

•State's Memorandum (filed Aug. 13, 2003) -- re: IQ score of 92 from trial records

•Supplemental Clerk's Record - mailed to the Court of Criminal Appeals July 22, 2003, contains:
 •Third Supplement to Application for Writ of Habeas Corpus (filed July 22, 2003), with attached exhibits:
  (12) TDCJ medical records and two handwritten letters from Rivera;
  (13) records from Tropical Texas Center on Mental Health & Mental Retardation;
  (14) National Institute on Drug Abuse - information on inhalant abuse.

•Supplemental Clerk's Record - mailed to the Court of Criminal Appeals July 29, 2003, contains:
 •Fourth Supplement to Application for Writ of Habeas Corpus (filed July 28, 2003), with attached exhibits:
  (15) 3-page affidavit from death row inmate Derrick Frazier plus 1-page typed version (not dated or signed);
  (16) 2-page affidavit from Rivera re: 1979 or 1980 head injury plus 1-page typed version (not dated or signed).
 •Fifth Supplement to Application for Writ of Habeas Corpus (filed July 28, 2003), with attached exhibits re: claim of actual innocence.

•Unpublished Order - dismissing writ as an abuse of the writ (delivered July 25, 2003)

•Suggestion for Rehearing of Postconviction Writ of Habeas Corpus and Motion for Stay of Execution (filed Aug. 1, 2003), with attached exhibits:
 (17) excerpts from TDCJ manual re: Mentally Retarded Offender Program;
 (18) July 31, 2003 consultation report from Dr. Richard Garnett;
 (19) August 1, 2003 declaration of Dr. David Moron;
 (20) high school withdrawal form;
 (21) letter from Texas Education Agency re: Rivera never received a GED;
 (22) eleven pages of records from the TDCJ inmate consolidated record form.

•Unpublished Order - noting Rivera's pleading is not authorized under Texas rules, and declining to reconsider the matter on the Court's own initiative (delivered Aug. 5, 2003)

•Order from United States Supreme Court denying certiorari review (Aug. 6, 2003)

***Ex parte Jose Alfredo Rivera*, Application No. 27,065-03 (raises 1 claim - mental retardation, and asks court to consider all exhibits previously offered)**

•Successor Application for a Writ of Habeas Corpus and Stay of Execution (received by Court of Criminal Appeals at 6:25 p.m. on Aug. 6, 2003)

•Unpublished Order - dismissing writ as an abuse of the writ (delivered Aug. 6, 2003)

## CONCLUSION

Respondent is in the process of copying these records, and will deliver them to a third party commercial carrier for overnight delivery by no later than Friday, May 20, 2005.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON J. CLEMMER
Deputy Attorney General for Criminal Justice

GENA BUNN
Chief, Postconviction Litigation Division

                                          s/Katherine D. Hayes
                                          *KATHERINE D. HAYES
                                          Assistant Attorney General
                                          Postconviction Litigation Division
                                          Texas Bar No. 00796729
                                          Southern District No. 22698

*Counsel of Record

                                          Office of the Attorney General of Texas
                                          P.O. Box 12548, Capitol Station
                                          Austin, Texas 78711-2548
                                          Telephone: (512) 936-1600
                                          Telecopier: (512) 320-8132
                                          Email: katherine.hayes@oag.state.tx.us

                                          ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was electronically served pursuant to LOCAL RULE 5.1, on this the 19th day of May, 2005.

                                          s/Katherine D. Hayes
                                          KATHERINE D. HAYES
                                          Assistant Attorney General