**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| *Petitioner,* | § | |
| | § | No. B-03-139 |
| v. | § | |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| *Respondent.* | § | |

**AFFIDAVIT OF GILDA KESSNER, PSY.D.**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

BEFORE ME, the undersigned authority on this date, personally appeared Gilda Kessner, Psy.D., who having been duly sworn, deposed and stated as follows:

1. My name is Gilda Kessner, Psy.D. I am a doctor of psychology and licensed to practice in the State of Texas.

2. I am of sound mind and am competent in all ways to testify to the matters stated in this affidavit. I have personal knowledge that the statements in this affidavit are true and correct.

3. I have previously given testimony in the above-referenced case on January 7, 2004 and January 14, 2005 regarding my December 1, 2003 evaluation of Mr. Jose Rivera, which included administration of the Wechsler Adult Intelligence Scale-III (WAIS-III) and other psychological tests.

4. My evaluation of Mr. Rivera included the direct examination of his presentation and responses to interview and test questions, psychological testing that included tests of malingering, extensive review and analysis of prison records and other available documentation. These procedures are standard practice in forensic psychology and recommended in any evaluation where an opinion or diagnosis is to be offered. I utilized these procedures to ensure a comprehensive evaluation of Mr. Rivera's intellectual and adaptive functioning.

5. A primary aspect of my evaluation included assessment of Mr. Rivera's ability to communicate in English. His Texas Department of Criminal Justice ("TDCJ")

prison medical records specifically identify English as his language of communication with the medical staff. There was no indication in Mr. Rivera's records that he needed a Spanish interpreter for any formal or informal proceeding in the prison. My interview query of Mr. Rivera focused on his use of English versus Spanish for the extended time he had been on Death Row. He stated that he used English exclusively in communicating with the correctional officers and other TDCJ staff. His contact with other inmates is, of course, limited but he also indicated that he had little opportunity to communicate with bilingual or Spanish speakers so that for the time of his Death Row incarceration, English has been his predominate or exclusive language. Mr. Rivera indicated he was capable of speaking English in the community before he came to Death Row. He was educated in an American school system and classes were conducted in English so that all of his previous experience (in school and in prison) with testing has been in English.

6. My interaction with Mr. Rivera was smooth and not impeded by language in any aspect. The test instructions I read verbatim from the administration manual are simple and straight forward to ensure they are applicable to individuals from a range of developmental levels. There was no indication that Mr. Rivera did not understand the requirements or meaning of the tasks. He responded appropriately to all instructions, indicating his understanding of the test requirements. In my opinion, Mr. Rivera's answers to the test items are indicative of an individual with extremely low intellectual functioning. For example, on the verbal portion of the WAIS-III, he articulated responses that revealed a concrete or functional understanding but an inability to generalize or conceptualize in an abstract manner as the items increased in difficulty. The verbal part of the test does not require elegance of expression to qualify for a correct answer but rather points on a scale are awarded for specific qualities of the examinee's response as they conform to the examples given in the test manual.

7. Intelligence testing is not designed to measure the totality of an individual's knowledge or capacity regardless of the language of the examinee or the test that is administered. There is no such test of intelligence. Standardized comprehensive intelligence testing is designed to measure a sample of an individual's cognitive skills as representative of their normative functioning. Mr. Rivera's lifelong residence and education in the U.S. provides the context for his knowledge base. As such, an English-based test developed and standardized in the U.S. with a population sample based on the 1995 U.S. Census is an appropriate instrument to use in evaluating an English speaking, bilingual, Hispanic-American. English speaking Hispanics living in the U.S. were included in the standardization procedures and Mr. Rivera is comparable to this sample.

8. The *WAIS-III and WMS-III Technical Manual* (2002) ("*Technical Manual*") provides a description of the samples: "A stratified sampling plan ensured that the standardization samples included representative proportions of adults according to each selected demographic variable. An analysis of data gathered in 1995 by the U.S. Bureau of the Census provided the basis for stratification along

the following variables: age, sex, race/ethnicity, education level, and geographical region" (p. 19). The *Technical Manual* explains that for each age group in the standardization samples, the "proportions of Whites, African Americans, Hispanics, and other racial/ethnic groups were based on the racial/ethnic proportions of individuals within each age band" in the 1995 Census data (p. 20). Further, "an additional 200 African American and Hispanic individuals were administered the WAIS-III without discontinue rules" (p. 20). The oversampling of these groups "provided a sufficient number of item scores across all items for item bias analyses" in the development of the test (p. 20).

9. The *Technical Manual* provides a list of exclusionary criteria and bilingualism or ability to speak Spanish or other languages is not listed. Any suggestion that the test developers did not "control" for language and that inclusion of Spanish speakers would have been "coincidental" is inconsistent with the inclusion of Hispanics sampled heavily in the south and western geographic regions of the U.S. *See* attached Table 2.2, "Percentages of the U.S. Population by Age, Race/Ethnicity, and Education" (*Technical Manual,* p. 24) and Table 2.3, "Demographic Characteristics of the WAIS-III Standardization Sample: Percentages by Age, Race/Ethnicity, and Education" (*Technical Manual,* p.25).

10. In the *WAIS-III Administration and Scoring Manual* (1997) ("*Scoring Manual*") chapter entitled "General Test Considerations," the authors state that the "stratified WAIS-III normative sample represents a cross section of the U.S. population with people of all levels of intellectual ability included" (p. 27). This sample included Hispanics as represented in the 1995 U.S. Census. The publisher included a caveat in a section entitled "Testing Examinees with Physical or Language Impairments." "Although this section is not intended to be a set of prescriptions for testing examinees with any type of impairment, the suggestions presented may be useful in assessing the abilities of such examinees" (p. 33). The publisher goes on to state that "[a]ttempts to translate the test on an individual basis do not constitute a standardized administration; therefore, the normative information may be invalid" (p. 34).

11. I considered all of the aforementioned issues in planning, administering, and interpreting my evaluation of Mr. Rivera. The process I used to determine that Mr. Rivera had the English language skills required for use of the WAIS-III as a component for a valid and reliable assessment of Mr. Rivera's IQ is consistent with those used by the test developers. The test developers did not do any testing of English fluency. They interviewed the examinees and asked whether English was their "dominant language" and queried whether they spoke English at home, work, etc. (James A. Holdnack, Ph.D., Senior Research Director, Harcourt Assessment Inc., personal communication, May 10, 2005).

12. I do not believe that Mr. Rivera's eyesight was a factor in his performance on the testing. I queried Mr. Rivera about his history regarding physical impairments or limitations. He indicated that he thought he might need reading glasses but that the TDCJ medical staff did not agree that he needed glasses. The WAIS-III does

not require that the examinee read any materials to be able to complete the test. The Vocabulary Subtest of the WAIS-III requires words to be presented to the examinee on a flip chart. The words are in a 48 point font. The evaluator reads the words aloud to the examinee and "simultaneously" points to the words on the chart (*Scoring Manual,* p. 68). Other non-intelligence tests administered to Mr. Rivera required reading in approximately 12 point font and his eyesight was not an impediment to completing the tests. Further, the Performance Scale subtests in the WAIS-III require that the examinee is able to see the individual test items. If Mr. Rivera had told me that he was having trouble seeing any of the materials or if he had given any nonverbal cues that he was having trouble such as squinting, then I would have noted those issues/behaviors in the scoring booklet. There was no evidence that Mr. Rivera was physically (*i.e.*, sight or motor capabilities) limited in any way as to invalidate the tests I administered to him.

13. When issues arise during a test administration such as evidence of distractions, noise, or other problems with the testing environment or with the examinee (*i.e.*, lack of effort or malingering, specific impairment due to medication, fatigue, or ill health, oddities in behavior, etc.), it is my practice to identify those issues in the scoring booklet or in my notes and to indicate their impact, if any, on the outcome in any written report or testimony. It is not a part of the standardized administration and scoring of the test that an examiner should note that a series of issues were *not* present at the time of the exam. To itemize the absence of various issues or problems on the record form during the testing would be impractical and does not contribute to the evaluation process. Many test record forms, including the WAIS-III record form, have a section for behavioral observations or comments. As is my practice, I made some notes regarding Mr. Rivera. On the WAIS-III record form under the appropriate subheadings, I noted Mr. Rivera's indication that he was comfortable with English or Spanish, his physical appearance, attitude toward the testing, attention and concentration, medication for psoriasis, and his comments about reading glasses. I have testified as to the one instance of Mr. Rivera being distracted during the administration of the Rey 15-Item Memory Test. In my written report of my evaluation of Mr. Rivera dated December 22, 2003, I specified that there were "no physical, vision, or hearing impairments or language differences that would affect his ability to perform the tasks for the evaluation." I also noted that he put forth a "good effort throughout the evaluation [and] the results are considered an accurate representation of his true abilities." In my opinion there were no factors, internal or external to Mr. Rivera that would call for an interpretation of his scores beyond the obtained scores and the confidence interval of the obtained scores.

14. The difference between Mr. Rivera's Verbal IQ score and Performance IQ score is eleven points. A spread of eleven points is not unusual in the general population. For individuals with a Full Scale IQ equal to or less than 79, an eleven point difference occurs in 17.7% of the sample (*Technical Manual,* p. 365). An eleven point spread occurs with even greater frequency among groups with higher Full Scale IQs. There is nothing inherent about the eleven point

difference that leads to the indisputable conclusion that his scores are not an accurate portrayal of his intellectual capacity.

15. I reviewed the affidavit of Marjie Haynes (Exhibit E), including her comments about the Test of Adult Basic Education-Form 6 ("TABE 6") that was administered to Mr. Rivera and her interpretation of the meaning of his scores. I contacted CTB/McGraw-Hill, the publisher of the TABE 6, to request information on this version as they are currently at version 9/10. They supplied me with the actual content of the Language subtest so that I could review the materials myself. Ms. Haynes' description of the administration process reflects the instructions provided to me by the publisher. However, based on my communication with Mr. Ashley Streetman, Senior Program Manager at CTB/McGraw-Hill, Ms. Haynes' assumption that Mr. Rivera's score on the Language subtest is a reflection of his "trouble with English language skills" is a misinterpretation of the meaning of the test (A. Streetman, personal communication, May 6, 2005). The Language subtest for TABE 6 covers Language Expression. According to the Test of Adult Basic Education: Forms 5 and 6, the Test Coordinator's Handbook states "the items measure skills in the use of various parts of speech, formation and organization of sentences and paragraphs and writing for clarity" (p. 2). According to Mr. Streetman, individuals with English as a first or only language frequently have lower scores on the Language subtest when compared to the other TABE subtests. This clarifies that it is not a measure of English language ability as suggested by Ms. Haynes. Of particular interest is the relative consistency of the scores on the TABE 6 and the scores on the Wide Range Achievement Test-Third Edition ("WRAT-3") administered to Mr. Rivera on December 1, 2003 by this examiner. The grade scores on both tests fall within the third, fourth, and fifth grade levels demonstrating the relative consistency of Mr. Rivera's test performance across administrations of different academic screening tests and across a 13 year period.

16. There is a relative consistency of results on the various tests that I administered to Mr. Rivera providing further validity to the obtained scores on the WAIS-III administered in 2003. Mr. Rivera's history does not contain any information that would lead me to believe that he has average intellectual capacity. There is no indication either in his history or in my direct observations of him that he possesses a sophistication that would enable him to malinger in an undetectable way or on a "smaller scale." His history is one of low functioning, overly concrete thinking and limited employment as an unskilled worker. Mr. Rivera's family situation did not provide him with protective interventions or enrichment opportunities that might have provided a more supportive environment for his development. As such, there were multiple factors that worked together to contribute to his extremely low intellectual functioning.

FURTHER AFFIANT SAYETH NAUGHT.

Gilda Kessner, Psy.D.

SUBSCRIBED TO AND SWORN TO before me, the undersigned authority on the 23 day of June 2005.

(Seal)



AMY J. BOCK
Notary Public, State of Texas
My Commission Expires
February 02, 2008

Notary Public in and for the State of Texas

My Commission Expires: 02/02/08

for the WMS–III would be included in each educational level within each age group. The data from these additional cases were treated as oversampling data and were excluded from the basic standardization samples. These additional data were collected for later research investigating the relationships between cognitive abilities and education level.

- **Sex.** The standardization sample consisted of an equal number of male and female participants in each age group from 16 through 64. The older age groups included more women than men, in proportions consistent with census data.
- **Race/Ethnicity.** For each age group in the standardization samples, the proportions of Whites, African Americans, Hispanics, and other racial/ethnic groups were based on the racial/ethnic proportions of individuals within each age band within the U.S. population according to the 1995 Census data.

  An additional 200 African American and Hispanic individuals were administered the WAIS–III without discontinue rules. This oversampling provided a sufficient number of item scores across all items for item bias analyses.
- **Educational Level.** The samples were stratified according to the following five education levels based on the number of years of school completed: ≤ 8 years, 9–11 years, 12 years, 13–15 years, and ≥ 16 years. For examinees aged 16–19, parent education was used.
- **Geographic Region.** The United States was divided into the four major regions specified by the Census reports (see Figure 2.1): Northeast (NE), North Central (NC), South (S), and West (W). The number of participants from each region was proportionate to the population in each region.




**Figure 2.1.** Standardization Sampling Sites

**Table 2.2. Percentages of the U.S. Population by Age, Race/Ethnicity, and Education**

| Age | White | | | | | African American | | | | | Hispanic | | | | | Other | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 |
| 16–17 | 1.13 | 4.41 | 20.42 | 24.77 | 18.11 | 0.82 | 3.37 | 5.43 | 4.87 | 1.27 | 3.47 | 2.66 | 2.70 | 2.09 | 0.84 | 0.39 | 0.50 | 0.50 | 1.10 | 1.15 |
| 18–19 | 1.28 | 4.06 | 18.60 | 25.70 | 18.23 | 0.94 | 3.23 | 5.89 | 4.23 | 1.80 | 3.76 | 2.96 | 3.06 | 1.94 | 0.90 | 0.36 | 0.33 | 0.84 | 0.96 | 0.94 |
| 20–24 | 0.85 | 5.21 | 21.80 | 31.37 | 9.09 | 0.21 | 2.25 | 5.08 | 5.73 | 0.76 | 2.46 | 3.00 | 4.00 | 3.82 | 0.41 | 0.07 | 0.38 | 0.79 | 2.19 | 0.52 |
| 25–29 | 0.82 | 4.37 | 22.53 | 21.38 | 19.95 | 0.06 | 1.73 | 5.60 | 4.00 | 2.08 | 3.01 | 2.76 | 3.82 | 2.67 | 1.20 | 0.20 | 0.23 | 0.77 | 1.33 | 1.50 |
| 30–34 | 0.80 | 4.72 | 25.42 | 19.93 | 20.96 | 0.21 | 1.76 | 5.17 | 3.75 | 1.78 | 2.82 | 2.05 | 3.40 | 2.44 | 1.22 | 0.12 | 0.17 | 1.03 | 0.97 | 1.30 |
| 35–44 | 1.26 | 4.42 | 25.15 | 22.02 | 22.29 | 0.33 | 1.61 | 4.65 | 3.60 | 1.90 | 2.31 | 1.23 | 2.66 | 1.97 | 0.98 | 0.24 | 0.26 | 0.84 | 0.84 | 1.45 |
| 45–54 | 2.12 | 4.97 | 25.94 | 21.39 | 24.34 | 0.67 | 1.85 | 3.68 | 2.46 | 1.59 | 2.55 | 1.04 | 1.87 | 1.24 | 0.71 | 0.29 | 0.25 | 0.98 | 0.64 | 1.41 |
| 55–64 | 5.56 | 8.73 | 31.56 | 17.95 | 17.03 | 1.75 | 2.10 | 3.47 | 1.60 | 0.93 | 3.12 | 0.88 | 1.42 | 0.84 | 0.50 | 0.34 | 0.30 | 0.85 | 0.46 | 0.59 |
| 65–69 | 8.68 | 12.10 | 31.98 | 16.64 | 13.68 | 2.56 | 2.19 | 2.49 | 0.95 | 0.74 | 3.19 | 0.71 | 1.19 | 0.34 | 0.43 | 0.51 | 0.32 | 0.50 | 0.42 | 0.39 |
| 70–74 | 11.17 | 11.57 | 33.32 | 16.94 | 12.14 | 2.77 | 1.97 | 1.97 | 0.79 | 0.34 | 2.74 | 0.68 | 0.73 | 0.27 | 0.26 | 0.88 | 0.24 | 0.59 | 0.36 | 0.28 |
| 75–79 | 16.03 | 13.02 | 30.97 | 15.49 | 11.74 | 3.21 | 2.09 | 1.40 | 0.42 | 0.21 | 2.07 | 0.32 | 0.66 | 0.35 | 0.16 | 0.78 | 0.24 | 0.60 | 0.12 | 0.11 |
| 80–84 | 22.67 | 14.73 | 27.94 | 12.96 | 8.56 | 4.15 | 1.71 | 1.16 | 0.57 | 0.35 | 2.31 | 0.43 | 0.59 | 0.06 | 0.13 | 0.41 | 0.27 | 0.55 | 0.25 | 0.20 |
| 85–89 | 26.00 | 13.11 | 22.40 | 14.63 | 11.30 | 4.55 | 0.76 | 0.98 | 0.32 | 0.58 | 2.69 | 0.41 | 0.64 | 0.05 | 0.10 | 0.75 | 0.20 | 0.35 | 0.05 | 0.13 |

*Note.* U.S. population data are from *Current Population Survey, March 1995* [Machine-readable data file] by U.S. Bureau of the Census, 1995, Washington, DC: U.S. Bureau of the Census (Producer/Distributor). Education is number of years completed; for examinees aged 16–19 years, education is based on parent education.

**Table 2.3.** Demographic Characteristics of the WAIS–III Standardization Sample: Percentages by Age, Race/Ethnicity, and Education

| | | White | | | | | African American | | | | | Hispanic | | | | | Other | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | *n* | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 | ≤8 | 9–11 | 12 | 13–15 | ≥16 |
| 16–17 | 200 | 1.5 | 4.5 | 23.0 | 24.0 | 16.5 | 0.5 | 2.5 | 6.0 | 4.5 | 1.5 | 2.5 | 3.0 | 4.5 | 1.0 | — | — | — | 2.0 | 1.5 | 1.0 |
| 18–19 | 200 | 1.5 | 4.5 | 22.5 | 23.0 | 15.5 | 1.0 | 3.0 | 5.5 | 6.0 | 1.5 | 3.0 | 2.5 | 3.0 | 3.5 | 0.5 | — | 0.5 | 1.0 | 1.5 | 0.5 |
| 20–24 | 200 | 1.0 | 5.5 | 23.5 | 30.5 | 9.5 | 1.0 | 2.0 | 6.5 | 4.5 | 0.5 | 2.0 | 3.0 | 4.0 | 3.5 | 0.5 | — | 0.5 | — | 1.5 | 0.5 |
| 25–29 | 200 | 1.5 | 4.5 | 26.0 | 20.0 | 19.5 | 0.5 | 2.0 | 5.5 | 3.0 | 2.0 | 2.5 | 2.0 | 3.0 | 2.5 | 1.5 | — | 1.0 | 2.0 | 0.5 | 0.5 |
| 30–34 | 200 | 3.0 | 5.5 | 27.0 | 20.5 | 19.5 | — | 2.0 | 4.5 | 4.5 | 2.0 | 1.0 | 1.0 | 1.5 | 2.5 | 1.0 | 0.5 | 1.0 | 0.5 | 2.0 | 0.5 |
| 35–44 | 200 | 1.5 | 3.0 | 26.5 | 22.5 | 24.0 | 1.0 | 1.0 | 4.0 | 3.0 | 2.5 | 2.0 | 0.5 | 2.5 | 2.0 | 1.0 | — | 0.5 | 1.0 | — | 1.5 |
| 45–54 | 200 | 3.5 | 5.0 | 28.5 | 20.0 | 21.5 | 1.0 | 2.5 | 4.0 | 2.0 | 1.5 | 3.5 | 1.5 | 1.0 | 1.0 | 0.5 | — | 0.5 | — | 1.0 | 1.5 |
| 55–64 | 200 | 8.5 | 9.5 | 32.5 | 15.0 | 16.0 | 1.5 | 2.5 | 3.5 | 1.5 | 1.5 | 3.0 | 1.0 | 1.0 | 0.5 | — | 0.5 | — | 1.0 | 0.5 | 0.5 |
| 65–69 | 200 | 12.5 | 12.0 | 35.0 | 13.5 | 12.5 | 3.0 | 2.0 | 2.0 | 1.5 | 1.0 | 1.5 | 0.5 | 1.0 | 0.5 | 0.5 | 0.5 | — | — | 0.5 | — |
| 70–74 | 200 | 12.0 | 12.5 | 34.5 | 13.5 | 12.5 | 2.5 | 1.5 | 3.0 | 0.5 | 1.0 | 1.0 | 1.5 | 1.5 | 0.5 | 0.5 | 0.5 | — | 0.5 | 0.5 | — |
| 75–79 | 200 | 14.5 | 14.0 | 34.5 | 14.5 | 12.0 | 2.5 | 1.0 | 2.5 | 0.5 | 0.5 | 2.0 | — | — | — | — | — | — | — | 0.5 | 1.0 |
| 80–84 | 150 | 26.0 | 15.3 | 27.3 | 9.3 | 10.0 | 3.3 | 2.0 | 1.3 | 0.7 | 1.3 | 2.7 | — | — | — | — | — | — | — | 0.7 | — |
| 85–89 | 100 | 28.0 | 15.0 | 27.0 | 10.0 | 11.0 | 3.0 | 1.0 | — | 1.0 | — | 2.0 | — | — | — | 1.0 | — | 1.0 | — | — | — |

*Note.* $N = 2{,}450$. Education is number of years completed; for examinees aged 16–19 years, education is based on parent education. Cells in which data are not reported indicate that standardization protocols for persons meeting the relevant criteria were not collected.

CHAPTER 3

# General Testing Considerations

This chapter presents general assessment techniques and introduces basic WAIS–III administration and scoring procedures. A close review of this chapter prior to administering the subtests is important because it explains a number of administration principles that apply to all or to specific groupings of subtests and provides answers to many commonly asked questions related to the administration of the scale.

## Basic Principles for Using the WAIS–III

### Range of Application

The WAIS–III was developed for use with individuals aged 16 through 89. The test items, materials, and administration directions were selected for suitability with individuals within this age range. Furthermore, the standardization data were obtained on English-speaking individuals. People who are older than 89 may be tested, but with caution because the normative data for this age band has not been collected. You may compare the obtained scores against the norms for ages 85–89. However, conclusions should be tempered because the norms printed in this Manual may not be representative of the individual examinee being tested.

The stratified WAIS–III normative sample represents a cross section of the U.S. population with people of all levels of intellectual ability included. Most people will obtain scores close to the average range of functioning. However, in many settings, testing is performed much more frequently with individuals whose ability is outside the normal range of functioning, such as adults with mental retardation. Therefore, the floor of the WAIS–III Full Scale IQ scores was extended down to 45, or approximately 3.67 *SD*s below the average level of functioning, to make it useful for these populations.

Although occasions for testing the functioning of individuals at the high end of the normal distribution are relatively rare, the ceiling of WAIS–III IQ scores was extended to 155 (from 150 in the WAIS–R).

overly concerned about the accuracy of their responses rather than simply doing their best. Instead, reinforce the examinee for responding. If an examinee has done poorly on an entire subtest and is clearly aware of it, say, *That was a hard one, but let's try the next one.*

If the examinee says that he or she cannot perform a task or cannot answer a question, encourage the examinee by saying, *Just try it* or *I think you can do it—Try again.* If the examinee asks for help, say *I want to see how well you can do it yourself.*

## Testing Examinees With Physical or Language Impairments

Examinees with physical impairments are frequently referred for psychological evaluation. With such examinees, it is important not to attribute low performance on a cognitive test automatically to low intellectual ability. The low performance may, in fact, be attributable to motor and sensory disabilities. The nature of the impairment and the test administered may place the examinee at a disadvantage if the test is administered in the standard fashion. For instance, an examinee with a severe motor impairment would most likely obtain lower scores on the Performance subtests because these subtests require the examinee to manipulate test materials under time constraints. Similarly, an examinee with a speaking or hearing impairment may be at a disadvantage on the Verbal subtests. Although this section is not intended to be a set of prescriptions for testing examinees with any type of impairment, the suggestions presented may be useful in assessing the abilities of such examinees.

Prior to testing an examinee with a physical impairment, become familiar with the examinee's limitations and preferred mode of communication, all of which may necessitate deviations from standard procedures. Some flexibility may be necessary to balance the needs of a particular examinee with the need to maintain standard procedures. For instance, for an examinee who is at a disadvantage on tasks requiring manual manipulation because of motor or visual impairments, you should consider administering only the Verbal subtests and using the Verbal scores as estimates of the examinee's cognitive abilities. Similarly, for an examinee with a hearing impairment or speech disability, you may find it preferable to place greater weight on the Performance subtests and scores as estimates of the examinee's cognitive abilities.

Although modifications of the test procedures may be necessary, the WAIS–III was not standardized with such modifications. Bear in mind the following general principle of test use from the *Standards for Educational and Psychological Testing* (American Psychological Association, 1985):

> When a test user makes a substantial change in test format, mode of administration, instructions, language, or content, the user should revalidate the use of the test for the changed conditions or have a rationale supporting the claim that additional validation is not necessary or possible. (Standard 6.2, p. 41)

For instance, if sign-language translation or visual aids are used to give instructions to an examinee with a hearing impairment, remember that such alterations may have an impact on test scores. If modifications are made, note them on the Record Form. Professionals who evaluate the examinee's functioning will need to rely on clinical judgment to evaluate the impact of such modified procedures on test scores. Despite the fact that some modifications will invalidate the rigid use of norms (American Psychological Association, 1985), such testing of the limits often provides very valuable qualitative, as well as quantitative, information about the examinee's strengths and weaknesses.

For assessing the abilities of examinees with physical impairments, other tests designed for such populations should be used to supplement the WAIS–III. As always, the assessment of an individual's cognitive functioning should be based on multiple sources of information, including school transcripts and other life-history information (Matarazzo, 1990). For additional discussion of testing individuals with physical impairments, see Sattler (1988), Sullivan and Burley (1990), and Kamphaus (1993).

You may be similarly challenged when testing individuals who are not fluent in English or individuals for whom English is a second language. Experienced examiners have found several approaches useful, including administering the test with the assistance of a translator, using a translated version (if available) and administering it in the examinee's native language, or administering the test bilingually. All of these methods may present problems in interpreting scores. The WAIS–III normative data were collected on individuals who speak fluent English. Attempts to translate the test on an individual basis do not constitute a standardized administration; therefore, the normative information may be invalid. Use your clinical judgment to evaluate performance in circumstances where translation of directions is necessary for completion of a given task. The benefits of improving comprehension on the examinee's part must be weighed against the need for scores obtained under standardized test administration.

## Test–Retest Interval

Very often clinicians and other practitioners need to reevaluate their clients' functioning. Doing so presents the potential problem of practice effects. The question arises about the shortest test–retest interval that will not result in





# 2. Vocabulary

## Materials

Manual

Vocabulary Words (33) in the Stimulus Booklet

## Description

For this subtest, the examinee gives oral definitions for words you present in the Stimulus Booklet and read aloud at the same time.

## Start

Item 4

If the examinee obtains perfect scores (2 points) on Items 4 and 5, give full credit for Items 1–3.

## Reverse

If the examinee obtains a score of 0 or 1 on either Item 4 or Item 5, administer Items 1–3 in ***reverse*** sequence until the examinee obtains perfect scores (2 points) on ***two*** consecutive items. If the examinee obtained a perfect score on Item 4, count it in the reverse sequence. When this criterion is met, give full credit for any preceding items that were not administered. Then proceed with the subtest until the discontinue criterion is met.

## Discontinue

Discontinue after ***six*** consecutive scores of 0.

## General Directions

- Before starting the subtest, say:

  **Now we are going to do something different. In this next section, I want you to tell me the meanings of some words. Now listen carefully and tell me what each word I say means. Are you ready?**

- Open the Stimulus Booklet to Item 4 of the Vocabulary subtest. Place it in front of the examinee and use the same method of presentation for all words: Simultaneously point to and say:

  **Tell me what _______ means.**

**Table D.1.** Frequencies (Cumulative Percentages) of Differences Between WAIS–III IQ and Index Scores by Ability Level: FSIQ ≤ 79 *(continued)*

| | Scales/Indexes | | | | | | |
|---|---|---|---|---|---|---|---|
| Amount of Discrepancy | VIQ–PIQ | Verbal Comprehension–Perceptual Organization | Verbal Comprehension–Working Memory | Perceptual Organization–Processing Speed | Verbal Comprehension–Processing Speed | Perceptual Organization–Working Memory | Working Memory–Processing Speed |
| 19 | 2.4 | 8.1 | 6.1 | 6.7 | 9.6 | 10.1 | 15.2 |
| 18 | 3.3 | 8.1 | 7.1 | 8.1 | 11.0 | 11.1 | 15.2 |
| 17 | 3.3 | 9.6 | 8.1 | 11.5 | 13.9 | 11.1 | 16.2 |
| 16 | 6.2 | 11.0 | 10.1 | 12.0 | 15.3 | 13.1 | 19.2 |
| 15 | 7.2 | 11.0 | 13.1 | 14.4 | 16.7 | 15.2 | 21.2 |
| 14 | 9.1 | 13.4 | 13.1 | 15.8 | 19.1 | 18.2 | 23.2 |
| 13 | 12.0 | 16.3 | 18.2 | 17.7 | 21.5 | 20.2 | 31.3 |
| 12 | 14.8 | 20.6 | 18.2 | 22.5 | 25.8 | 25.3 | 36.4 |
| 11 | 17.7 | 23.4 | 22.2 | 24.9 | 33.0 | 33.3 | 39.4 |
| 10 | 20.6 | 31.1 | 26.3 | 31.1 | 37.8 | 34.3 | 45.5 |
| 9 | 27.8 | 33.0 | 30.3 | 37.3 | 43.1 | 38.4 | 56.6 |
| 8 | 32.1 | 43.5 | 45.5 | 41.1 | 47.4 | 42.4 | 64.6 |
| 7 | 37.8 | 46.4 | 46.5 | 48.8 | 51.7 | 47.5 | 70.7 |
| 6 | 46.4 | 56.5 | 54.5 | 53.1 | 56.9 | 53.5 | 76.8 |
| 5 | 52.6 | 59.8 | 56.6 | 60.3 | 63.2 | 55.6 | 78.8 |
| 4 | 61.2 | 70.3 | 64.6 | 66.0 | 68.4 | 70.7 | 80.8 |
| 3 | 71.3 | 73.2 | 74.7 | 77.0 | 78.0 | 79.8 | 89.9 |
| 2 | 84.2 | 89.0 | 86.9 | 85.2 | 84.7 | 92.9 | 92.9 |
| 1 | 94.7 | 91.9 | 94.9 | 95.7 | 97.6 | 97.0 | 98.0 |
| 0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Mean | 6.1 | 7.4 | 7.2 | 7.5 | 8.2 | 8.0 | 10.3 |
| *SD* | 4.9 | 6.1 | 6.1 | 6.1 | 6.5 | 6.6 | 6.8 |
| Median | 5.0 | 6.0 | 6.0 | 6.0 | 7.0 | 6.0 | 9.0 |

The differences between IQ and Index Scores are non-directional; for example a difference of 26 points refers to PIQ minus VIQ and to VIQ minus PIQ and it was obtained by 2% of the sample. If the values are divided by two, they will approximate the differences between IQ and Index scores had they been directional.

**test content**

Items are based on educational objectives and broad process classifications. The content categories were defined by examining current adult education curriculum guides, published texts, and instructional programs. The process classifications, including recall and recognition, inference, and evaluation, were derived from various taxonomies. Brief descriptions of the tests follow.

**complete battery and Survey Form**

The complete battery test books for Levels E through A contain tests in four basic content areas: reading, mathematics, language, and spelling. The TABE Survey Form, which is a shortened version of Form 5, tests all the areas covered in the complete battery, except spelling. (See Table 1.)

*Vocabulary.* Test 1 contains 30 items that measure same-meaning words, opposite-meaning words, multimeaning words, the meaning of affixes, and words in context.

*Comprehension.* Test 2 contains 40 items that measure comprehension of reading passages. Items test ability to extract details, analyze characters, identify main ideas, and interpret events described in passages. Items also test ability to differentiate various forms of writing and various writing techniques.

*Mathematics Computation.* Test 3 contains 48 items that measure understanding of the operations of addition, subtraction, multiplication, and division. Depending on the level of the test, content includes whole numbers, decimals, fractions, algebraic expressions, per cents, and exponents.

*Mathematics Concepts and Applications.* Test 4 contains 40 items that measure understanding of mathematics concepts. Specific skills include numeration, number sentences, number theory, problem solving, measurement, and geometry.

*Language Mechanics.* Test 5 contains 30 items that measure skills in the mechanics of capitalization and punctuation. Editing skills are measured in the context of passages presented in various formats.

*Language Expression.* Test 6 contains 45 items that measure skills in language usage and sentence structure. The items measure skills in the use of various parts of speech, formation and organization of sentences and paragraphs, and writing for clarity. All items in the test are based on rules of written standard English.

*Spelling.* Test 7 contains 30 items that measure applications of spelling rules for consonants, vowels, and various structural forms. Items are presented in the context of sentences with a missing word. The examinee identifies the correct spelling of the word that would complete the sentence.

**Practice Exercise and Locator Test**

The Practice Exercise provides practice for examinees who have had little test-taking experience and may not be familiar with marking answer sheets. It should be administered and scored early on the day of testing or on the day before testing. Careful checking of the Practice Exercise results will identify those examinees who might need help with the mechanics of taking tests.

The four levels of TABE 5 and 6 make it possible for examinees to take the test most suited to their level. The Locator Test, consisting of 25 vocabulary and 25 mathematics items, can be used to determine the appropriate level of TABE to administer to each examinee. The Locator Test gives separate scores for vocabulary and mathematics so that an examinee whose scores vary significantly in these content areas may be assigned two different TABE levels, if necessary.