IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| *Petitioner,* | § | |
| | § | No. B-03-139 |
| v. | § | |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| *Respondent.* | § | |

## AFFIDAVIT OF LEONARD T. RUFUS

**STATE OF TEXAS** §
　§
**COUNTY OF DALLAS** §

BEFORE ME, the undersigned authority on this date, personally appeared Leonard T. Rufus, who having been duly sworn, deposed and stated as follows:

1. My name is Leonard T. Rufus. I am certified to teach Spanish, English, and English as a Second Language in Texas. I have been teaching Spanish for the last 23 years at the high school level. I also taught English as a second language for seven years at the high school level. Currently, I am a teacher at Skyline High School in Dallas, Texas.

2. I am of sound mind and am competent in all ways to testify to the matters stated in this affidavit. I have personal knowledge that the statements in this affidavit are true and correct.

3. I have reviewed correspondence from Mr. Jose Rivera that was written in Spanish in 2005. Based on my review of this correspondence and my experience, it is my opinion that Mr. Rivera is most likely functioning at the fifth grade level in Spanish. I am confident that he is not functioning at a level higher than the Fifth grade and may even be functioning at a lower grade level.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Leonard T. Rufus

SUBSCRIBED TO AND SWORN TO before me, the undersigned authority on the 29th day of June 2005.

(Seal)



_____
Notary Public in and for the State of Texas

My Commission Expires: 9/6/05