# CJA 31 DEATH PENALTY PROCEEDINGS, EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 12/03)

| 1. CIR/DIST/DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 1 | Jose Alfredo Rivera | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | B-03-CV-139 | 03-139 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| Jose Alfredo Rivera v. Doug Dretke | ☐ Adult Defendant ☐ Appellant ☐ Other ☑ Habeas Petitioner ☐ Appellee | ☑ 01 28 U.S.C. § 2254 Habeas (Capital) ☐ 03 28 U.S.C. § 2255 (Capital) ☐ 02 Federal Capital Prosecution ☐ 04 Other (Specify) |

10. OFFENSE(S) CHARGED: various state court offenses   28:2254 Petition for Writ of Habeas Corpus (State)

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses  $ _____ OR
☑ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (See instructions)

Signature of Attorney: Max Hendrick III    Date: 12/15/2005

☐ Panel Attorney ☑ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME AND MAILING ADDRESS:
Max Hendrick III
1001 Fannin St., Suite 2300
Houston, TX 77002

Telephone Number: (713) 758-2546

United States District Court
Southern District of Texas
FILED
FEB - 3 2006

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES:
$7,970.48 for preparation and consultation for participation in hearing, testifying at hearing, review of briefing, research, and finalization of affidavit.

13. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☑ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services
24 ☐ Other (Specify)

14. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judge By Order of the Court    Date of Order: 1/27/06   Nunc Pro Tunc Date: _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING

CAPITAL PROSECUTION:
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Collat. Post Trial

e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
g. ☐ Writ of Certiorari

HABEAS CORPUS:
h. ☐ Habeas Petition
i. ☐ Evidentiary Hearing
j. ☐ Dispositive Motions
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari
l. ☑ Appeal

OTHER PROCEEDING:
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 7,462.50 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 507.98 | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | **$7,970.48** | | |

17. PAYEE'S NAME AND MAILING ADDRESS:
Richard E. Garnett, Ph.D.
2707 Airport Freeway, Suite 216
Fort Worth, TX 76111

TIN: [redacted]
Telephone Number: (817) 377-2252

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 1/13/2005 TO 7/14/2005
CLAIM STATUS: ☐ Final Payment   ☐ Interim Payment Number _____   ☑ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: Richard E. Garnett    Date: 2/3/6

18. CERTIFICATION OF ATTORNEY: I hereby certify that the services were rendered for this case.

Signature of Attorney: Max Hendrick III    Date: 12/15/2005

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | $ 7970.48 |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained, OR
☐ In the interest of justice, the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds that amount.

Signature of Presiding Judge    Date: 1/27/06    Judge Code: 4139

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996.
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____.
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate)    Date    Judge Code