IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-139 |
| | § | |
| DOUG DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division | § | |

# ORDER

The Court issues this Order to memorialize and explain the exhibits contained in the above-styled and numbered cause to aid the appellate court in its review.

In the hearing held on January 7–8, 2004, the following exhibits were admitted:

1. Petitioner's Exhibits 1 through 28.

2. Respondent's Exhibits 1 through 3, 6 through 10, 15 through 18, and 20 through 40. (The Exhibit list found at Docket No. 38 actually shows that Respondent's Exhibit 29 was entered twice and Exhibits 4, 5, and 19 were never admitted.)

3. The Court was also provided with the State Court record on September 24, 2003. This Court's records show that documents were delivered to Judge Vela's case manager, but ultimately after Judge Vela's death these documents could not be located. To remedy that situation, the parties were asked to file an agreed version of the State Court record, which was done by the State on May 20, 2005. Those documents are segregated and maintained with the exhibits from both hearings. The index to those documents was filed on May 19, 2005, and is found at Docket No. 75.

In the hearing held on January 14, 2005, the following exhibits were admitted:

1. Petitioner's Exhibits 30 through 31. (There is no Petitioner's Exhibit 29.)

2. Respondent's Exhibits 40 through 41. (Exhibits 40 and 41 should have more accurately been labeled 41 and 42; thus, there are in reality two different exhibits, one from each hearing, that were both inadvertently numbered 40).

Signed in Brownsville, Texas, this 31st day of March, 2006.

_____
Andrew S. Hanen
United States District Judge