IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-139 |
| | § | **CAPITAL LITIGANT** |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent | § | |

### RESPONDENT'S NOTICE OF APPEAL

Notice is hereby given that Respondent Doug Dretke, Director of the Texas Department of Criminal Justice's Correctional Institutions Division, appeals to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment and memorandum opinion and order entered in this action on the 31st day of March, 2006.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    BARRY R. MCBEE
    First Assistant Attorney General

    DON CLEMMER
    Deputy Attorney General for Criminal Justice

    GENA BUNN
    Chief, Postconviction Litigation Division
    Assistant Attorney General

        s/Katherine D. Hayes
        *KATHERINE D. HAYES
        Assistant Attorney General
        Postconviction Litigation Division
        Texas Bar No. 00796729
        Southern District No. 22698

*Counsel of Record

        Office of the Attorney General of Texas
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone: (512) 936-1600
        Telecopier: (512) 320-8132
        Email: katherine.hayes@oag.state.tx.us

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was electronically served pursuant to LOCAL RULE 5.1, on this the 28th day of April, 2006.

        s/Katherine D. Hayes
        KATHERINE D. HAYES
        Assistant Attorney General