UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

May 1, 2006

Mr. Charles R. Fulbruge, III, Clerk   Re: Jose Alfredo Rivera
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102            VS  Doug Dretke
New Orleans, Louisiana 70130
                                         CA: B-03-cv-139

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___Volume(s) of the record; ___Volume(s) of the transcript;

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/__X__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[X] U.S. District Judge entering final order is Andrew S. Hanen

[X] Court reporter assigned to this case is Bill Holloway and Barbara Barnard

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *[signature]*
Bertha A. Vasquez, Deputy Clerk

cc:   Bryce E. Benjet, 3rd Court of Appeals, P. O. Box 12547, Austin, TX 78711
      James Wm Marcus, Texas Defender Service, 412 Main, Ste. 1150, Houston, TX 77002
      Max Hendrick, III, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
      William E. Lawler, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
      Katherine D. Hayes, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548
      Tina J Dettmer, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548

File