# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

May 1, 2006

Mr. Charles R. Fulbruge, III, Clerk  
U.S. Court of Appeals - Fifth Circuit  
600 Camp Street, Room 102  
New Orleans, Louisiana 70130  

Re: Jose Alfredo Rivera  
VS Doug Dretke  
CA: B-03-cv-139  

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___Volume(s) of the record;  ___Volume(s) of the transcript;

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/_____HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ X ] **Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was   PAID ON:    05/01/06**

[ ] U.S. District Judge entering final order is_____

[ ] Court reporter assigned to this case is _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *[signature]*  
Bertha A. Vasquez, Deputy Clerk

cc: Bryce E. Benjet, 3rd Court of Appeals, P. O. Box 12547, Austin,TX 78711  
James Wm Marcus, Texas Defender Service, 412 Main , Ste. 1150, Houston, TX 77002  
Max Hendrick, III, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760  
William E. Lawler, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760  
Katherine D. Hayes, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548  
Tina J Dettmer, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548  

File