UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**COPY**

May 1, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Jose Alfredo Rivera

VS  Doug Dretke

CA: B-03-cv-139

**U.S. COURT OF APPEALS RECEIVED MAY 0 5 2006 NEW ORLEANS, LA**

**06-70022**

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

**FILED MAY 1 8 2006 Michael N. Milby, Clerk of Court**

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___Volume(s) of the record; ___Volume(s) of the transcript;

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/__X__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[X] U.S. District Judge entering final order is  Andrew S. Hanen

[X] Court reporter assigned to this case is  Bill Holloway and Barbara Barnard

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Bertha A. Vasquez, Deputy Clerk

cc:  Bryce E. Benjet, 3rd Court of Appeals, P. O. Box 12547, Austin, TX 78711
     James Wm Marcus, Texas Defender Service, 412 Main, Ste. 1150, Houston, TX 77002
     Max Hendrick, III, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
     William E. Lawler, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
     Katherine D. Hayes, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548
     Tina J Dettmer, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548

File