# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

August 18, 2006

Mr. Charles R. Fulbruge, III, Clerk　　　　　　　Re: Jose Alfredo Rivera
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　　　　Vs. TDCJ-ID Jane Cockrell
New Orleans, Louisiana 70130

　　　　　　　　　　　　　　　　　　　　　CA: B-03-139    USCA NO. 06-70022

Dear Sir:

In connection with this appeal, the following documents are transmitted electronically. You have been notified via e-mail.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __4__ Volume(s) of the record; __5__ Volume(s) of the transcript; __7__ Volume(s) of State Records; and 1 Large Box, 1 Brown Envelope, and 1 Black Binder of Exhibits.

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[X] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: __05/01/06__

[X] U.S. District Judge entering final order is __ANDREW S. HANEN__

[ ] Court reporter assigned to this case is __Bill Holloway and Barbara Barnard__

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　BY: _/s/ Bertha A. Vasquez_
　　　　　　　　　　　　　　　　　　　　　　　　　Bertha A. Vasquez, Deputy Clerk

cc:　　Bryce E. Benjet, 3rd Court of Appeals, P. O. Box 12547, Austin, TX 78711
　　　James Wm Marcus, Texas Defender Service, 412 Main, Ste. 1150, Houston, TX 77002
　　　Max Hendrick, III, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
　　　William E. Lawler, Vinson & Elkins, 1001 Fannin, Ste. 2300, Houston, TX 77002-6760
　　　Katherine D. Hayes, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548
　　　Tina J Dettmer, Office of Atty General, P. O. Box 12548, Austin, TX 78711-2548

　　File