# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

August 9, 2006

Ms. Katherine D. Hayes
Office of the Attorney General
Postconviction Litigation Division
300 W. 15th Street, 8th Floor
Austin, TX  78701

United States District Court
Southern District of Texas
FILED

AUG 2 2 2006

Michael N. Milby
Clerk of Court

USCA No. 06-70022   Rivera v. Quarterman
-----------------------------------------------------------
(USDC No. 1:03-CV-00139)

Dear Ms. Hayes:

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 60 days or suffer a discount penalty. In this case, the 60-day discount period expired on July 24, 2006 and to date the transcript has not been filed. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by August 23, 2006, a 20% discount must be made or the reporter must refund that part of any deposit which exceeds the cost less the discount. This is the Council's 90-day discount requirement. Our records will automatically be updated if the 20% discount date is reached but we will provide no further notice.

The discount policy is mandatory. The reporter does not have the right to receive either of these discounts and you must not offer to pay or waive them.

Sincerely,

*[signature]*

David E. Young
Chief Deputy Clerk

DEY/srf
cc:   Mr. James W. Marcus
      Mr. Bryce E. Benjet
      Mr. Michael N. Milby, Clerk
      Mr. William Holloway, Court Reporter