# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

MICHAEL N. MILBY                                                    600 E. HARRISON ST. , #101
CLERK                                                               BROWNSVILLE, TX 78520


November 28, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

> IN RE:Jose Alfredo Rivera. Vs. TDCJ-ID Jane Cockrell
> District Court Case No.: B-03-CV-139
> Circuit Court Case No: 006-70022

Dear Mr. Fulbruge:

    Enclosed is a printed copy of the electronic supplemental record on appeal in the above referenced matter.  This supplemental record contains  1  volume of the printed record on appeal.

- Copies of  2  transcript is enclosed.

    Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.


Very Truly Yours,

Michael N. Milby, Clerk




_____
  Maricela Perez, Deputy Clerk