**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

MICHAEL N. MILBY                                    600 E. HARRISON ST., #101
CLERK                                               BROWNSVILLE, TX 78520

November 28, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED

DEC 0 7 2006

Michael N. Milby
Clerk of Court

      IN RE: Jose Alfredo Rivera. Vs. TDCJ-ID Jane Cockrell
          District Court Case No.: B-03-CV-139
          Circuit Court Case No: 006-70022

Dear Mr. Fulbruge:

    Enclosed is a printed copy of the electronic supplemental record on appeal in the above referenced matter. This supplemental record contains _1_ volume of the printed record on appeal.

-     Copies of _2_ transcript is enclosed.

    Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

Michael N. Milby, Clerk

Maricela Perez, Deputy Clerk



U.S. COURT OF APPEALS
RECEIVED
DEC 0 4 2006
NEW ORLEANS, LA