# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. B-03-139 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
|     Respondent. | § | |

## ORDER

Petitioner Jose Alfredo Rivera and Respondent Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division are hereby **ORDERED** to appear, through counsel, before this Court on November 16, 2007 at 1:30 p.m. for a status conference regarding issues remaining after the Fifth Circuit Court of Appeal's ruling in this case on October 18, 2007. If counsel for the parties agree, the Court will conduct this conference via telephone. Counsel for Respondent shall communicate to the case manager if this is desired and shall make arrangements with counsel for Petitioner and the Court to effectuate the teleconference.

The clerk is asked to send this order as soon as possible to Mr. Rivera, his attorney of record, and to the attorney for Respondent.

Signed this 23rd day of October, 2007.

Andrew S. Hanen
United States District Judge