UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jose Alfredo Rivera

v.  Case No.: 1:03–cv–00139
Judge Andrew S. Hanen

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S. Hanen

**PLACE:**
by telephone
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 11/16/07

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDER TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   November 15, 2007

Michael N. Milby, Clerk