

**ATTORNEY GENERAL OF TEXAS**

GREG ABBOTT

United States District Court
Southern District of Texas
FILED

MAR 3 1 2008

Michael N. Milby, Clerk of Court

March 28, 2008

Honorable Andrew S. Hanen                     *via fax:* (956) 548-2612
United States District Court for the Southern District of Texas
Brownsville Division
600 E. Harrison
Brownsville, Texas 78520-7114

    **Re:** *Jose Alfredo Rivera v. Doug Dretke,* No. B-03-139

Dear Judge Hanen:

In October 2007, the Fifth Circuit affirmed this court's grant of habeas relief in part, vacated in part, and remanded for a hearing on whether Rivera is entitled to equitable tolling to excuse the late filing of his successive habeas petition. *Rivera v. Quarterman,* 505 F.3d 349 (5th Cir. 2007). Rivera's petition for panel rehearing was denied on March 21, 2008, and Rivera has now moved to stay issuance of the mandate in order to petition for certiorari review. *Id.,* No. 06-70022. I anticipate that his unopposed motion will be granted, thus divesting this court of jurisdiction to conduct the equitable tolling hearing.

In the event Rivera's motion is denied, however, a hearing is required. Per your instructions from the telephonic conference held last November, the parties have conferred but were unable to agree to possible dates for the hearing. For the record, I am currently available week of April 28th, any date in May (except Tues. 27th or Fri. 30th), and any date in June after the 6th.

Sincerely yours,

KATHERINE D. HAYES
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1600

cc:    Max Hendrick, III
       max.hendrick@khh.com

       Emily W. Pipkin
       epipkin@velaw.com

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*