# Vinson&Elkins

**Emily W. Pipkin**  epipkin@velaw.com
**Tel** 713.758.4780  **Fax** 713.615.5258

April 17, 2008

Honorable Andrew S. Hanen, Judge
United States District Court
Federal Building
600 E. Harrison Street
Brownsville, Texas  78520

Re:    No. 06-70022, *Jose Alfredo Rivera, Petitioner-Appellee v. Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent-Appellant;* in the United States Court of Appeals for the Fifth Circuit

No. B-03-139; *Jose Alfredo Rivera v. Doug Dretke;* In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

The Fifth Circuit entered an Order on April 10, 2008 staying the mandate pending the filing and disposition of a petition for writ of certiorari.  We have attached a courtesy copy of the Fifth Circuit's Order for your review.

Very truly yours,

VINSON & ELKINS L.L.P.

By:
    Emily W. Pipkin

encls.

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

First City Tower, 1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
**Tel** 713.758.2222  **Fax** 713.758.2346  **www.velaw.com**



cc:    Katherine D. Hayes
Assistant Attorney General
Office of the Attorney General of Texas
300 West 15th Street
Austin, Texas  78701

William E. Lawler, III
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. NW, Suite 600
Washington, D.C.  20004-1008

Max Hendrick, III
KELLY HART & HALLMAN, LLP
1000 Louisiana, Suite 4700
Houston, Texas   77002

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-70022

U.S. COURT OF APPEALS
**FILED**
APR 1 0 2008
CHARLES R. FULBRUGE III
CLERK

JOSE ALFREDO RIVERA

Petitioner - Appellee

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent - Appellant

-----------------------

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

-----------------------

O R D E R :

(   )    The Appellee's motion for (   ) stay (   ) recall and
stay of the mandate pending petition for writ of
certiorari is DENIED.

(   )    The Appellee's motion for ( ✓ ) stay (   ) recall and
stay of the mandate pending petition for writ of
certiorari is GRANTED ~~through~~ *Pending the filing and
disposition of a petition for writ of certiorari by Jose
Alfredo Rivera*

_____
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE