United States District Court
Southern District of Texas
FILED

JAN 1 3 2009

Michael N. Milby, Clerk of Court



# CAMERON COUNTY DISTRICT ATTORNEY
### Armando R. Villalobos
*County and District Attorney*

January 8, 2009

William E. Lawler, III
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. NW, Suite 600
Washington D.C. 2004-1008

Max Hendrick, III
Kelly Hart & Hallman, L.L.P.
1000 Louisiana, Suite 4700
Houston, Texas 77002

Gwen Samora
Catherine B. Smith
Emily Pipkin Blackwell
2500 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

RE: Civil No. B-03-139
    *Jose Alfredo Rivera v. Nathaniel Quarterman*

Dear Counsel:

    This correspondence is to serve as the official response of the Cameron County District Attorney's Office to the proposed Request for Commutation of Sentence to Imprisonment for Life without Parole by Defense Counsel. The Cameron County District Attorney's Office does not agree and is opposed to any request for commutation of sentence for the Defendant Jose Alfredo Rivera.

    Thank you for your time and attention.

Sincerely,

*[signature]*
Charles E. Mattingly, Jr.
Chief First Assistant County (Criminal District) Attorney

**Cameron County Administrative Building**
964 E. Harrison Street 4th Floor ✦ Brownsville, Texas 78520
Mainline: 956.544.0849 / Fax: 956.544.0869

c: United States District Court
for the Southern District of Texas,
Brownsville Division
600 E. Harrison St., #101
Brownsville, Texas 78520

Katherine D. Hayes
Assistant Attorney General
Postconviction Litigation Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548