

# State of Texas
## BOARD OF PARDONS AND PAROLES

November 23, 2009

Mr. Max Hendrick, III
Attorney at Law
1000 Louisiana, Ste. 4700
Houston, Texas 77002
max.hendrick@khh.com

**Re:**   **Application to Board of Pardons and Paroles for Clemency**
          **Rivera, Jose Alfredo #999102**

Mr. Hendrick:

The Members of the Texas Board of Pardons and Paroles have completed their consideration of the above offender's application requesting commutation of death sentence to lesser penalty.

After a full and careful review of the application and any other information filed with the application, a majority of the Board has decided to recommend commutation of death sentence to lesser penalty.

Enclosed please find a summary reflecting each Member's decision.

Sincerely,

Lela Smith
Clemency Administrator


Encl:   voting summary

CC 25



# State of Texas
## BOARD OF PARDONS AND PAROLES

**BOARD VOTING: Rivera, Jose Alfredo #999102**

| Board Member | Recommend Commutation |
|---|---|
| Charles Aycock | 11/10/2009 |
| Conrith Davis | 10/16/2009 |
| Jackie DeNoyelles | 06/11/2009 |
| Juanita Gonzalez | 11/02/2009 |
| Thomas Leeper | 10/15/2009 |
| Rissie Owens | 10/14/2009 |
| Vacant | |
| TOTAL VOTES | 6 |