IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RIVERA, | § § | |
| v. | § § | 1:03-cv-00139 |
| DOUG DRETKE, Director, Texas Department of Criminal Justice, Institutional Division | § § § § | NO. B-03-139 |

### JOINT ADVISORY REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order entered May 11, 2020, the parties hereby file this Joint Advisory Report.

On May 18, 2020, lead counsel for Petitioner, Max Hendrick, conferred with lead counsel for Respondent, Katherine Hayes, by telephone. The parties agreed that they did not want the case reopened at this time for an evidentiary hearing on equitable tolling. Instead, the parties decided that Petitioner should re-urge his request for commutation of his sentence to Governor Abbott through the Governor's General Counsel, Jeff Oldham.

Petitioner made requests for commutation to Governor Perry in 2010, 2012, and 2014, with the last request being January 17, 2014, less than two months before this Court administratively abated the case on March 5, 2014. Governor Abbott was sworn into office on January 20, 2015.

1

On May 20, 2020, counsel for Petitioner Rivera, Pat Mizell (whose appearance as additional counsel is being filed concurrently with this Joint Advisory Report) sent a letter to Governor Abbott, with attention to Jeff Oldham General Counsel, outlining the history of the case and the previous requests made to Governor Perry regarding commutation, and requesting Governor Abbott to commute Petitioner's sentence. Accordingly, the parties request that Governor Abbott be given an opportunity to act on the recommendation of the Board of Pardons and Paroles.

Respectfully submitted,

*/s/ Max Hendrick, III*
Max Hendrick, III
Attorney-in-Charge
Southern District Bar No. 0518
Texas State Bar No. 09450000
35 N. Wynden Drive
Houston, Texas 77056
Telephone: 713.621.9869
Facsimile: 713.212.0203
max@hendricklaw.org

James William Marcus
Capital Punishment Clinic
The University of Texas School of Law
Southern District Bar No. 18639
727 E. Dean Keeton Street
Austin, Texas 78705
Telephone: 512.232.1475
Facsimile: 512.232.9171
jmarcus@law.utexas.edu

Patrick W. Mizell
Southern District Bar No. 36390
Texas Bar No. 14233980
Catherine Bukowski Smith
Southern District Bar No. 2620
Texas Bar No. 03319970
Matthew Hoffman
Southern District Bar No. 2422946
Texas Bar No. 24068697
Vinson & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713.758.2391
Facsimile: 713.615.5903
pmizell@velaw.com
csmith@velaw.com
mhoffman@velaw.com

**ATTORNEYS FOR PETITIONER**


KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*s/ Katherine D. Hayes\**
Katherine D. Hayes
Assistant Attorney General
Criminal Appeals Division
Texas Bar No. 00796729
Southern District No. 22698
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512.936.1600
512.320.8132 fax
katherine.hayes@oag.texas.gov

\*Counsel of Record
**ATTORNEYS FOR RESPONDENT**